**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CHICAGO MERCANTILE EXCHANGE, INC.

        _Plaintiff_,

    v.

MICHAEL S. SELIG _et al._,

        _Defendants_.

_____

No. 1:26-cv-02157-CKK

**MOTION FOR LEAVE TO WITHDRAW JENNER & BLOCK ATTORNEYS AS COUNSEL FOR PLAINTIFF**

PURSUANT TO RULE 83.6(c) of the Local Rules of the United States District Court for the District of Columbia, the below-listed counsel from the firm of Jenner & Block, LLP file this motion for leave to withdraw as counsel for Plaintiff Chicago Mercantile Exchange ("CME") in this case. CME has authorized Jenner & Block to represent that CME does not object to this motion. CME will be represented in this matter by other counsel, who are filing appearances in this matter contemporaneously with this motion.

In support of this motion, movants state as follows:

1.      Three attorneys from Jenner & Block have appeared in this case as counsel for Plaintiff CME: Ian Heath Gershengorn, Elizabeth B. Deutsch, and Anne S. Warnke. In addition, Jenner & Block attorneys Gregory M. Boyle, Michael F. Linden, Simon A. de Carvalho, Elijah N. Gelman, and Jonathan J. Marshall have been admitted _pro hac vice_ and/or appeared on filings in the case on behalf of CME.

2.      Jenner & Block and those individual attorneys seek to withdraw due to positional conflicts with other firm clients regarding Jenner & Block's representation in this matter. Jenner

& Block is not withdrawing because of any issue regarding the merits of CME's legal position in this matter or any disagreement with CME.

3.    CME has authorized Jenner & Block to represent that CME does not object to this motion.

4.    CME will be represented in this matter by other counsel, who are filing appearances in this matter contemporaneously with this motion.

5.    The withdrawal of these counsel will not affect the case schedule.

6.    For the foregoing reasons, the undersigned attorneys request that the Court grant leave for them to withdraw as counsel for Plaintiff CME and to deem their appearances withdrawn.

Dated: July 2, 2026

Gregory M. Boyle*
Michael F. Linden*
Simon A. de Carvalho*
Elijah N. Gelman*
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
gboyle@jenner.com
mlinden@jenner.com
sdecarvalho@jenner.com
egelman@jenner.com

Respectfully submitted,

*/s/ Ian Heath Gershengorn*

Ian Heath Gershengorn (D.C. Bar No. 448475)
Elizabeth B. Deutsch (D.C. Bar No. 1719602)
Jonathan J. Marshall (D.C. Bar No. 90020637)†
Anne S. Warnke (D.C. Bar No. 90044560)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
edeutsch@jenner.com
jmarshall@jenner.com
awarnke@jenner.com

*Counsel for Plaintiff Chicago
    Mercantile Exchange Inc.*

* *pro hac vice*

† application for admission to practice
    before bar of this Court pending

## CERTIFICATE OF SERVICE

I hereby certify that following electronic filing of the foregoing document with the Clerk

of the Court for the United States District Court for the District of Columbia using the CM/ECF

system, I will cause the document to be served via first-class mail on the following parties:

Michael S. Selig
Chairman, Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Dated:  July 2, 2026                                           */s/ Ian Heath Gershengorn*
                                                                Ian Heath Gershengorn