**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al.*,<br>*Defendants.* | Case No. 26-cv-2157 |

# [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCUSE COMPLIANCE WITH LOCAL CIVIL RULE 7(n)

Upon consideration of Defendants' Motion to Excuse Compliance with Local Civil Rule 7(n), Plaintiff's Opposition, and any reply thereto, it is hereby

**ORDERED** that Defendants' Motion is denied; and it is further

**ORDERED** that Defendants shall comply with Local Civil Rule 7(n) at the earlier of their filing of a dispositive motion or within 30 days following service of an answer to the complaint.

**SO ORDERED.**

Dated: ______________

______________________________
The Honorable Colleen Kollar-Kotelly
United States District Judge