**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission; COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendants. | Case No. 1:26-cv-02157 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, as well as the briefing in support of and in opposition to that Motion, the Court concludes that dismissal is warranted. Accordingly, it is hereby ORDERED that Defendants' Motion to Dismiss is granted.

____________________________________

HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE