**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission; COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendants. | Case No. 1:26-cv-02157-CKK |

**PARTIES' JOINT PROPOSED BRIEFING SCHEDULE**

In accordance with the Court's order dated August 27, 2026 (Dkt. No. 29), the parties jointly submit a proposed briefing schedule for all dispositive motions in this matter. The parties disagree over whether Defendants Chairman Michael S. Selig and the Commodity Futures Trading Commission (collectively, "CFTC" or "Commission") are entitled to take discovery from Plaintiff Chicago Mercantile Exchange, Inc. ("CME") about Plaintiff's standing. To efficiently resolve the issue, Defendants have agreed to seek leave from the Court before serving any discovery requests, as reflected in the proposed schedule below.[1]

***Proposed Briefing Schedule***

**September 11, 2026** – Defendants move for leave to seek discovery from CME on standing (10-page limit)

**September 18, 2026** – CME opposes Defendants' motion for leave to seek discovery (10-page limit)

**September 23, 2026** – Defendants reply in support of motion for leave to seek discovery (5-page limit)

[1] CME reserves all rights regarding discovery.

**October 2, 2026** – CME opposes Defendants' motion to dismiss

**October 16, 2026** – Defendants reply in support of motion to dismiss

**November 13, 2026** – Discovery cut-off, to the extent discovery is permitted

**November 20, 2026** – Parties will file cross-motions for summary judgment

**December 4, 2026** – Amicus briefs, if any, will be filed

**December 14, 2026** – Parties will cross-file oppositions to motions for summary judgment

Dated: September 4, 2026

Respectfully submitted by:

*/s/ Aitan D. Goelman*
Aitan D. Goelman (D.C. Bar No. 446636)
Ivano M. Ventresca (D.C. Bar No. 1045769)
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)

ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
agoelman@zuckerman.com
iventresca@zuckerman.com
bbeaton@zuckerman.com

*Attorneys for Plaintiff Chicago Mercantile Exchange, Inc.*

*/s/ M. Jordan Minot*
M. Jordan Minot (DC Bar No. 1722554)

TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel
ANDREW J. WEISBERG
Senior Assistant General Counsel
HENRY J. DICKMAN
Senior Assistant General Counsel
CARLIN METZGER
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 209-1087
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
aweisberg@cftc.gov
hdickman@cftc.gov
cmetzger@cftc.gov

*Attorneys for Defendants Michael S. Selig and CFTC*