**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission, *et al.*,<br><br>Defendants. | Civil Action No. 26-2157 (CKK) |

**ORDER**
(September 8, 2026)

Upon consideration of the parties' [32] Joint Proposed Briefing Schedule, it is hereby

**ORDERED** that the parties shall adhere to the following briefing schedule:

- **September 11, 2026** – Defendants move for leave to seek discovery from CME on standing (10-page limit)
- **September 18, 2026** – CME opposes Defendants' motion for leave to seek discovery (10-page limit)
- **September 23, 2026** – Defendants reply in support of motion for leave to seek discovery (5-page limit)
- **October 2, 2026** – CME opposes Defendants' motion to dismiss
- **October 16, 2026** – Defendants reply in support of motion to dismiss
- **November 13, 2026** – Discovery cut-off, to the extent discovery is permitted
- **November 20, 2026** – Parties will file cross-motions for summary judgment
- **December 4, 2026** – Amicus briefs, if any, will be filed
- **December 14, 2026** – Parties will cross-file oppositions to motions for summary judgment

**SO ORDERED.**

Colleen Kollar-Kotelly

COLLEEN KOLLAR-KOTELLY
United States District Judge