**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>*Plainitff*,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission, and COMMODITY FUTURES TRADING COMMISSION,<br><br>*Defendants*. | No. 1:26-cv-02157<br><br>Hon. Colleen Kollar-Kotelly |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ELIAS S. KIM**

Pursuant to Local Civil Rule 83.2, *amicus* Hyperliquid Policy Center ("HPC"), through its undersigned counsel, respectfully moves for the admission *pro hac vice* of attorney Elias S. Kim.

In support of this motion, HPC submits the accompanying Declaration of Elias S. Kim. As set forth in Mr. Kim's declaration, he is admitted and is an active member in good standing of the District of Columbia Bar. Pursuant to the Local Rules, this motion is signed by Elizabeth B. Prelogar, an active and sponsoring member of the Bar of this Court, and a copy of a certificate of good standing issued by the District of Columbia Bar is attached.

Dated: September 9, 2026

Respectfully submitted,

*<u>/s/ Elizabeth B. Prelogar</u>*

Elizabeth B. Prelogar (DC Bar No. 1011890)

COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800
eprelogar@cooley.com

*Counsel for Hyperliquid Policy Center*