# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>Plaintiff(s) | ) ) ) | |
| vs. | ) | Case Number: 1:26-cv-02157 |
| MICHAEL S. SELIG, *et al.*,<br>Defendant(s) | ) ) | |

**DECLARATION FOR PRO HAC VICE ADMISSION**

(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Elias S. Kim
2. State bar membership number: DC - 1673678
3. Business address, telephone and fax numbers:
   1299 Pennsylvania Avenue NW, Suite 700, Washington, District of Columbia 20004-2400
   Telephone: (202) 842-7800; Facsimile: (202) 842-7899
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See Exhibit B
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes [ ] No [X]
6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes [ ] No [X]
   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)
7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. None
   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)
8. Are you a member of the DC Bar? Yes
9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

September 8, 2026
DATE

SIGNATURE OF ATTORNEY

# EXHIBIT A

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# ***Elias Stull Kim***

*was duly qualified and admitted on May 13, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 29, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

# EXHIBIT B

**Court Admissions for Elias S. Kim**

| **U.S. Court** | **Date of Admission** |
| --- | --- |
| United States Supreme Court | January 12, 2026 |
| U.S.C.A. First Circuit | January 12, 2026 |
| U.S.C.A. Second Circuit | July 24, 2026 |
| U.S.C.A. Third Circuit | March 18, 2026 |
| U.S.C.A. Fourth Circuit | January 5, 2026 |
| U.S.C.A. Ninth Circuit | July 28, 2025 |
| U.S.C.A. Tenth Circuit | September 21, 2022 |
| U.S.C.A. Eleventh Circuit | July 26, 2025 |
| U.S.C.A. Federal Circuit | March 5, 2021 |
| U.S.C.A. D.C. Circuit | April 22, 2026 |
| U.S.D.C. D. Colo. | October 21, 2025 |

| **State/DC Court** | **Date of Admission** |
| --- | --- |
| Washington, D.C. | May 13, 2020 |