**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al.*,<br>*Defendants.* | Case No. 26-cv-2157 |

# [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY

Upon consideration of Defendants' Motion for Leave to Take Discovery, Plaintiff's Opposition, and any reply thereto, it is hereby

**ORDERED** that Defendants' Motion is denied.

**SO ORDERED.**

Dated: ______________

______________________________
The Honorable Colleen Kollar-Kotelly
United States District Judge