**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al*.,<br>*Defendants.* | Case No. 26-cv-2157 |

# DECLARATION OF BRIAN J. BEATON, JR.

I, Brian J. Beaton, Jr., declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify thereto under oath. I am an attorney with Zuckerman Spaeder LLP and serve as counsel of record for Chicago Mercantile Exchange Inc. (CME) in this case. I submit this declaration in support of CME's opposition to Defendants' motion to amend briefing schedule.

2. A true and accurate copy of email correspondence from September 2, 2026, to September 4, 2026, between CME counsel of record and CFTC counsel of record in this case is attached as **Exhibit A**.

3. A true and accurate copy of excerpted email correspondence from August 28, 2026, to September 2, 2026, between CME counsel of record and CFTC counsel of record in this case is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 27, 2026

Washington, District of Columbia

Brian J. Beaton, Jr.