# EXHIBIT A

**Beaton, Brian**

**From:** Ventresca, Ivano
**Sent:** Friday, September 4, 2026 2:35 PM
**To:** Dickman, Henry; Goelman, Aitan; Beaton, Brian
**Cc:** Minot, Jordan; Weisberg, Andrew; Metzger, Carlin; Stukes, Anne
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

Yes, thanks. Have a great weekend.

---

**From:** Dickman, Henry <HDickman@CFTC.gov>
**Sent:** Friday, September 4, 2026 2:22 PM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**EXTERNAL**

Ivano – that is fine with us. A final version is attached. Please confirm that we are good to file with your signature.

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Friday, September 4, 2026 2:08 PM
**To:** Dickman, Henry <HDickman@CFTC.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the “Report Phishing” button on your Outlook menu bar.

---

Thanks, Henry – looks good with one additional footnote in the attached (the footnote formatting is a bit off, couldn’t fix it). If that works for the government, we’re good. Are you all able to file?

---

**From:** Dickman, Henry <HDickman@CFTC.gov>
**Sent:** Friday, September 4, 2026 12:42 PM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin

<CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**EXTERNAL**

Ivano,

Thanks again for the call this morning and for your proposed compromise. We agree. To that end, attached is a proposed joint schedule. Let us know what you think.

Henry

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Friday, September 4, 2026 11:02 AM
**To:** Dickman, Henry <HDickman@CFTC.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the “Report Phishing” button on your Outlook menu bar.

---

1130 works, will send around an invite.

---

**From:** Dickman, Henry <HDickman@CFTC.gov>
**Sent:** Friday, September 4, 2026 10:56 AM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**EXTERNAL**

Sounds good. Would 11:30 or noon work?

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Friday, September 4, 2026 10:31 AM
**To:** Dickman, Henry <HDickman@CFTC.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the “Report Phishing” button on your Outlook menu bar.

---

Thanks, Henry – I think this would be easier if we discussed. We are free this morning and can circulate an invite if you are around.

---

**From:** Dickman, Henry <HDickman@CFTC.gov>
**Sent:** Friday, September 4, 2026 10:20 AM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**EXTERNAL**

Ivano,

Thanks. This is substantially longer and more argumentative than expected. This does not, in our view, befit a joint status report, and if you choose to file this, we must respond. To that end, I am attaching a revised version of our position.

I do not think the Court will appreciate a 10-page joint status report that reads more like a brief than a schedule. Could we agree to substantially reduce both of our discussions of the schedule and discovery? Perhaps we could both agree to 250 words or less, or something similar?

I also wish to reiterate that we do not understand why your schedule does not leave any opportunity for Defendants to cross-move for summary judgment, which is typical in APA cases. I hope we can at least reach a resolution on that.

Henry

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Thursday, September 3, 2026 5:16 PM
**To:** Dickman, Henry <HDickman@CFTC.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the “Report Phishing” button on your Outlook menu bar.

Thanks, Henry. Ours is attached. We'll put these together tomorrow and will send to you before we file. Look forward to hearing from you soon on the confidentiality points.

---

**From:** Dickman, Henry <HDickman@CFTC.gov>
**Sent:** Thursday, September 3, 2026 5:13 PM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** RE: [EXTERNAL] RE: Administrative Record - CME v. Selig

**EXTERNAL**

Ivano,

Thank you. We will revert on the confidentiality issues in short order.

Please see attached our section of the joint status report. We'll look forward to reviewing your piece.

Thanks,
Henry

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Thursday, September 3, 2026 11:03 AM
**To:** Dickman, Henry <HDickman@CFTC.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** [EXTERNAL] RE: Administrative Record - CME v. Selig

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

Henry,

CME certainly appreciates the government's confidentiality concerns and would like to work promptly toward a solution. However, the record was due last night, and the government is not in compliance with the court's order by delaying production based on an issue that the government should have known about weeks ago. Nonetheless, we are willing to negotiate an appropriate protective order to resolve any confidentiality concerns. We ask that you send us one no later than tomorrow. In the meantime, please

(1) confirm that the list of documents in the index filed with the Court is the complete record, and no documents are being withheld or excluded based on confidentiality or similar concerns; and (2) produce no later than tomorrow the entire record, with any confidential information redacted. To avoid any confusion, as to documents that Kalshi has designated as confidential, the government should produce redacted versions of those documents. We reserve all rights to seek relief from the Court, including to challenge whether the information is in fact confidential and whether the record is complete.

As to the joint status report, we disagree with the government's position. We provided our proposal in our email on Friday, August 28, 2026, which includes the government's dispositive motion filing. For efficiency purposes, the parties can exchange with each other their respective sections for inclusion in the joint status report by 5 pm today, and we can incorporate both into a joint status report for filing tomorrow. After the exchange at 5 pm today, neither side would change their section based on the material in the other's side section. Please let me know if that works for the government.

Best,
Ivano

---

**From:** Dickman, Henry <HDickman@CFTC.gov>
**Sent:** Wednesday, September 2, 2026 9:42 PM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Beaton, Brian <BBeaton@zuckerman.com>
**Cc:** Minot, Jordan <JMinot@CFTC.gov>; Weisberg, Andrew <AWeisberg@CFTC.gov>; Metzger, Carlin <CMetzger@CFTC.gov>; Stukes, Anne <AStukes@CFTC.gov>
**Subject:** Administrative Record - CME v. Selig

**EXTERNAL**

Counsel:

Pursuant to Local Civil Rule 7(n), we filed a certified index to the administrative record on the docket this evening. Documents 3.2, 3.3, 4, 5, and 6 contain information that Kalshi has designated as confidential. We are required to protect confidential information provided to the agency by registrants under the Commodity Exchange Act, CFTC regulations, and other provisions of federal law including the Trade Secrets Act. I am sure that CME can appreciate the Commission's commitment to safeguarding the proprietary information of its registrants from public disclosure.

We are in the process of resolving the confidentiality issues and intend to revert to you with a path forward tomorrow. We appreciate your understanding.

Thanks,
Henry

**Henry J. Dickman**
Senior Assistant General Counsel
**Commodity Futures Trading Commission**
202-418-5607
hdickman@cftc.gov