**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al.*,<br>*Defendants.* | Case No. 26-cv-2157 |

# [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO AMEND BRIEFING SCHEDULE

Upon consideration of Defendants' Motion to Amend Briefing Schedule, Plaintiff's Opposition, and Defendants' Reply, it is hereby

**ORDERED** that Defendants' Motion is denied.

**SO ORDERED.**

Dated: ______________

________________________________
The Honorable Colleen Kollar-Kotelly
United States District Judge