**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al.*,<br>*Defendants.* | **ORAL ARGUMENT REQUESTED**<br><br>Case No. 26-cv-2157 |

# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1. Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiff Chicago Mercantile Exchange Inc. (CME) respectfully moves for summary judgment in its favor on Counts 1 and 2 of its complaint.

2. In support of this motion, CME submits a memorandum of law in support of its motion for summary judgment, two declarations and exhibits attached thereto, the administrative record, and a proposed order.

3. Consistent with Local Civil Rule 7(h)(2) and this Court's Order (ECF 11), CME's memorandum of law in support of its motion for summary judgment contains citations to specific portions of the administrative record the government produced in this case. *See E.W.-G. v. D.C.*, No. 20-cv-2806 (CKK), 2023 WL 2598680, at *2 n.2 (D.D.C. Mar. 22, 2023).

4. CME respectfully requests a hearing on the motion at the earliest possible time.

Dated: November 20, 2026

Respectfully submitted,

*/s Aitan D. Goelman*

Aitan D. Goelman (D.C. Bar No. 446636)
Ivano M. Ventresca (D.C. Bar No. 1045769)
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)

ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
agoelman@zuckerman.com
iventresca@zuckerman.com
bbeaton@zuckerman.com

*Attorneys for Plaintiff Chicago Mercantile Exchange Inc.*