**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al.*,<br>*Defendants.* | Case No. 26-cv-02157 |

# DECLARATION OF TIM MCCOURT

I, Tim McCourt, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify thereto under oath. I submit this declaration in support of Chicago Mercantile Exchange Inc.'s (CME) motion for summary judgment.

2. I am Senior Managing Director, Global Head, Equities, FX and Alternative Product. I am responsible for leading the development and execution of the company's global equity index, foreign exchange, cryptocurrency and alternative investment product strategies. Previously, I served as Senior Managing Director, Global Head of Financial and OTC Products since June 2023 and as Senior Managing Director, Global Head of Equity and Foreign Exchange Products since February 2022. I serve on the CME Ventures Investment Committee and the S&P Dow Jones Indices U.S. Advisory Panel. Before joining CME Group in 2013 as Global Head of Equity Products, I worked for the Royal Bank of Scotland (RBS), where I was responsible for building and managing the Americas Index and Delta One trading book. Prior to RBS, I held a senior trading role with JPMorgan in New York, spending 10 years with the Equity Derivatives Group. I hold a bachelor's degree in political science from Boston College and an MBA from The University of Pennsylvania's Wharton School.

3. CME is a subsidiary of CME Group Inc., which operates four designated contract markets (DCMs) that have some of the highest volumes for the trading of futures contracts globally. CME is one such DCM, along with Chicago Board of Trade, New York Mercantile Exchange, and Commodity Exchange.

4. A DCM is a board of trade or exchange regulated by the CFTC pursuant to the Commodity Exchange Act (CEA). Market participants may trade derivatives contracts, like futures, on a DCM.

5. CME Group's DCMs, including CME, list futures contracts across every major asset class.

6. Consistent with the CEA, all of CME's futures contracts have expiration dates.

7. CME's customer base includes institutional customers as well as retail customers. Retail customers constitute a growing part of CME's trading activity.

8. For years, CME has developed and launched retail futures products specifically for retail customers. CME's retail futures products are micro-sized contracts, which allow retail customers to benefit from futures trading but with less upfront financial commitment than needed for the larger futures contracts designed for institutional customers.

9. CME's retail futures products include cryptocurrency products.

10. As an example of a retail cryptocurrency future, CME launched the Micro Bitcoin futures contract (MBT) in 2021, a contract which tracks one-tenth of a Bitcoin and is one-fiftieth of the size of CME's institutional-sized Bitcoin contract.

11. MBT is designed to allow retail customers to trade on future price movements of Bitcoin without committing to the larger financial burden of CME's institutional-sized Bitcoin contract. MBT has an expiration date.

12. CME's other micro cryptocurrency offerings include, among others, micro contracts for Ether, Solana, XRP, Chainlink, and Sui. Each of these micro contracts has an expiration date.

13. On May 29, 2026, the CFTC approved a request submitted by KalshiEX LLC (Kalshi) to list a Bitcoin perpetual contract for trading in the U.S. as a futures contract.[1] The perpetual contract has no expiration date.

14. As the CFTC acknowledged, approving cryptocurrency perpetuals—with no expiration date—as futures raised "novel and complex questions."[2]

15. The CFTC's decision to approve cryptocurrency perpetual contracts is a fundamental change in the regulatory structure of the futures markets by allowing contracts without expiration dates to trade as futures.

16. The CFTC approved Kalshi's application just one day after Kalshi submitted it.[3] Before the CFTC's approval, perpetual contracts did not trade in the United States, let alone as futures contracts. And before the CFTC's approval, Kalshi did not offer any futures contracts, whether related to cryptocurrencies or any other commodity.

17. The same day the CFTC approved Kalshi's request, the CFTC also issued a related policy statement that authorizes any exchange to self-certify perpetual contracts based on the value of a cryptocurrency as futures contracts.[4]

---

[1] *Order Approving KalshiEX LLC BTCPERP Futures Contract*, *In re Request for Approval by KalshiEX LLC of the BTCPERP Futures Contract* (CFTC May 29, 2026), https://www.cftc.gov/filings/documents/2026/orgdcmkexbtxperporder26601.pdf ("Kalshi Order").

[2] Policy Statement Concerning the Listing of Perpetual Contracts, 91 Fed. Reg. 33,160, 33,161 (June 3, 2026) (adopted May 29, 2026), https://www.govinfo.gov/content/pkg/FR-2026-06-03/pdf/2026-11020.pdf ("Policy Statement").

[3] Kalshi Order at 1 (noting Kalshi's May 28, 2026 submission).

[4] Policy Statement, 91 Fed. Reg. at 33,161.

18. Following the approval of Kalshi's Bitcoin perpetual application and the issuance of the related policy statement, Kalshi self-certified perpetual contracts for Ether, Solana, XRP, Chainlink, and Sui.

19. Additional companies, including Kraken, Coinbase, and Bitnomial, soon followed suit by offering perpetual contracts for cryptocurrencies.

20. These perpetual contracts for cryptocurrencies compete with CME's retail cryptocurrency contracts because the perpetual contracts target retail customers, just like CME's retail cryptocurrency contracts.

21. Based on publicly available data, CME's average monthly trading volume for its retail cryptocurrency products dropped from January-May 2026—the five-month period preceding and including the CFTC's May 29, 2026 actions challenged in this litigation—to June-October 2026—the five full months following those actions.

22. The following chart[5] using publicly available data shows that the average monthly trading volume for CME's Micro Bitcoin futures, Micro Ether futures, and Micro Solana futures decreased from January-May to June-October 2026, and the total average monthly trading volume for all of CME's micro cryptocurrency futures decreased over the same time:

---

[5] CME's monthly volume data is publicly available at CME Grp., *Web Monthly Volume Reports*, https://www.cmegroup.com/ftp/webmthly/. The average monthly numbers in the chart for each futures contract was calculated for each of the two time periods (January to May 2026, and June to October 2026) by adding together the volume for the respective futures contract in each month of the time period from the "CME Exchange Volume Report – Monthly" report and then dividing that sum by the number of months in each time period (five).

**CME Micro Crypto Futures — Average Monthly Trading Volume (contracts traded)**
January–May 2026 vs. June–October 2026

| Contract | Avg monthly vol., Jan–May 2026 | Avg monthly vol., Jun–Oct 2026 | Change |
|---|---|---|---|
| Micro Bitcoin | 1,509,259 | 1,317,449 | -12.7% |
| Micro Ether | 1,568,635 | 840,426 | -46.4% |
| Micro SOL | 57,830 | 45,990 | -20.5% |
| Micro XRP | 46,194 | 54,314 | +17.6% |
| Micro Link (Chainlink) | 3,468 | 4,731 | +36.4% |
| Micro SUI | 467 | 8,636 | n/m (launched May) |
| **Aggregate (all six)** | **3,185,853** | **2,271,546** | **-28.7%** |

23. Micro Ether futures and Micro Bitcoin futures, which are the two largest retail cryptocurrency contracts traded on CME, were down over 46% and nearly 13%, respectively, over this period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November [19], 2026, at [City, State]. Naples, FL

Tim McCourt
Senior Managing Director, Global Head, Equities,
FX and Alternative Product