**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al*.,<br>*Defendants.* | Case No. 26-cv-2157 |

# DECLARATION OF BRIAN J. BEATON, JR.

I, Brian J. Beaton, Jr., declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify thereto under oath. I am an attorney with Zuckerman Spaeder LLP and serve as counsel of record for Chicago Mercantile Exchange Inc. (CME) in this case. I submit this declaration in support of CME's motion for summary judgment.

2. Attached to this declaration as Exhibit A is a true and accurate copy of a Reuters article, published on June 18, 2026, entitled "CME Sues US CFTC over Letting Kalshi, Coinbase Offer Perpetual Futures." Attached to this declaration as Exhibit B is a true and accurate copy of a Wall Street Journal article, published on June 18, 2026, entitled "CME Sues U.S. Regulator to Stop Kalshi from Offering Popular 'Perp' Futures." In these articles, published on the day CME filed this lawsuit, a spokesperson for Kalshi is quoted as stating that "[t]his isn't about the law, it's about the fear of competition."[1]

3. Exhibits A and B quote a spokesperson for the CFTC as stating, on the day this case was filed, that "[r]ather than compete in the marketplace, the CME has decided to undertake lawfare against the agency and the Trump Administration's pro-innovation agenda" because "[i]ncumbents fear the future and having to compete on a level playing field."[2]

4. On June 9, 2026, CNBC published a video of an interview with Kalshi CEO Tarek Mansour. In that interview, Mansour explained that the "demand is there" for perpetual contracts.

---

[1] Jonathan Stempel, *CME Sues US CFTC over Letting Kalshi, Coinbase Offer Perpetual Futures*, Reuters (June 18, 2026), https://www.reuters.com/legal/government/cme-sues-us-cftc-over-letting-kalshi-coinbase-offer-perpetual-futures-2026-06-18/ [https://perma.cc/KLJ9-T8AU] (Ex. A); Krystal Hur & Vicky Ge Huang, *CME Sues U.S. Regulator to Stop Kalshi from Offering Popular 'Perp' Futures*, Wall St. J. (June 18, 2026), https://www.wsj.com/finance/regulation/cme-sues-u-s-regulator-to-stop-kalshi-from-offering-popular-perp-futures-f96e97fe [https://perma.cc/856Z-MLFH] (Ex. B).

[2] Stempel, *supra* note 1; Hur & Huang, *supra* note 1.

He explained that perpetuals are different from futures because "they don't expire" and are thus "simpler for retail participants." By contrast, Mansour explained that futures require rolling the contracts over given their expiration dates if a trader wishes to maintain a continued position.[3]

5. In the same interview, referring to CME's CEO by name, Mansour stated that "incumbents don't love" perpetuals because "perpetuals put competitive pressure on [rollover] fees" for true futures. Mansour also compared the leverage of Kalshi's perpetual contracts to the leverage of some of CME's contracts.[4]

6. In the same interview, Mansour also explained that perpetuals "are spearheading us into our entry into more financial-like products."[5]

7. On November 6, 2026, CNBC's Squawk Pod published an interview with Mansour. In that interview, Mansour stated that "incumbents don't like [perpetuals] because, you know, they like to make rollover fees over the futures, and that's why they go after the perps. But they're just an additional consumer choice."[6]

8. Attached to this declaration as Exhibit C is a true and accurate copy of a New York Times article, published on November 12, 2026, entitled "Kalshi Lets You Bet on Stocks. Exchanges Are Livid." In this article, Kalshi (in a statement) is quoted as stating that lawsuits concerning perpetuals are "a tool for the current winners to prevent competition and protect the

---

[3] *Kalshi CEO on Perpetual Futures Trading: 'The Demand Is There'*, CNBC: Fast Money, video at 1:01–1:49 (June 9, 2026), https://www.cnbc.com/video/2026/06/09/kalshi-ceo-on-perpetual-futures-trading-the-demand-is-there.html.

[4] *Id.* at 1:50–2:55.

[5] *Id.* at 4:02–4:21.

[6] CNBC, *Squawk Pod: Blue to Red: Ron Baron, Tarek Mansour on Market Drops & Midterms*, at 54:40–54:55 (YouTube, Nov. 6, 2026), https://www.youtube.com/watch?v=bEHRHYO7Kgk.

sweet deal they have going: Whether it's sports books, options, futures or stocks, it's all about keeping their market share."[7]

9. Attached to this declaration as Exhibit D is a true and accurate capture of a prior version of a Kalshi webpage entitled "Perpetuals vs. Futures: Key Differences Explained." This page contrasted perpetuals and futures contracts. The page explained that "one big difference sets [the two types of contracts] apart: traditional futures expire, while perpetual futures don't."[8] The page contained a chart distinguishing the properties of the two types of contracts:

PERPETUALS V. TRADITIONAL FUTURES AT A GLANCE

| FEATURE | PERPETUAL FUTURES | QUARTERLY FUTURES |
|---|---|---|
| **Expiry** | None | Every quarter |
| **Settlement** | None | Cash settlement at expiry |
| **Price anchor** | Funding rate | Arbitrage at expiry |
| **Rollover cost** | None (funding is ongoing) | Basis spread paid at each roll |
| **Long-term holding** | Funding cost accumulates | Clean single cost at roll |

While both trading contracts provide exposure to future price movements, the difference lies in how exposure is maintained over the duration of the contract.

10. Kalshi explained that a "traditional futures contract is an agreement to buy or sell an asset at a predetermined price on a specific date in the future." And "the defining characteristic of a traditional futures contract is its expiration date."[9]

---

[7] Sharon LaFraniere, David Yaffe-Bellany & Lauren McCarthy, *Kalshi Lets You Bet on Stocks. Exchanges Are Livid.*, N.Y. Times (Nov. 12, 2026), https://www.nytimes.com/2026/11/12/us/politics/kalshi-commodity-futures-stocks.html (Ex. C, at 4).

[8] Kalshi, *Perpetuals vs. Futures: Key Differences Explained* (captured Aug. 25, 2026) (Ex. D, at 1).

[9] *Id.* at 2; *see also id.* at 2–3 (discussing the mechanics of expiration dates and settlement for traditional futures).

11. The webpage also stated that "[p]erpetual futures, often called perps or perpetual swaps, eliminate one of the biggest complexities of traditional futures contracts: expiration dates."[10] "[S]ince perpetual futures have no expiry, they do not require quarterly futures rollovers," and "traders can keep their positions open indefinitely so long as margin requirements are met."[11]

12. Attached to this declaration as Exhibit E is a true and accurate capture of a prior version of a Kalshi webpage entitled "What Is the Funding Rate for Perpetual Futures?" On this page, Kalshi explained that because "[p]erpetual futures don't have [an] expiration date … nothing naturally pulls the price back in line" to the spot price.[12]

13. Attached to this declaration as Exhibit F is a true and accurate capture of a prior version of a Kalshi webpage entitled "Are Crypto Perpetual Futures Legal in the United States? A 2026 Regulatory Update." On this page, Kalshi explained, "[f]or years … U.S. traders have been cut off from the [perpetuals] market as the financial instrument was not regulated or available." "[I]n 2026, that all changed" when the CFTC approved "access to a regulated version of crypto perpetual futures … for the first time."[13]

---

[10] *Id.* at 4.

[11] *Id.* at 4–5.

[12] Kalshi, *What Is the Funding Rate for Perpetual Futures?* (captured Aug. 26, 2026) (Ex. E, at 2).

[13] Kalshi, *Are Crypto Perpetual Futures Legal in the United States? A 2026 Regulatory Update* (captured Aug. 26, 2026) (Ex. F, at 1); *see also id.* ("For years, regulated crypto perps were unavailable to U.S. retail traders. Offshore platforms offering contracts that were not regulated in the United States dominated the market and effectively blocked American customers and IP addresses originating from the U.S. from trading them.").

14. On the same webpage, Kalshi stated "regulated perpetual futures remain[] a relatively new development," with Kalshi's perpetuals being "the first CFTC-approved options for U.S. retail traders."[14]

15. On February 28, 2025, the podcast Sourcery, hosted by Molly O'Shea, published an interview with Tarek Mansour. In that interview, Mansour referred to "the comp[arison] for Kalshi" as "CME."[15]

16. Attached to this declaration as Exhibit G is a true and accurate copy of an article published by Kalshi News, dated October 10, 2025, entitled "Kalshi Hits $5 Billion Valuation amid International Expansion." In that article, Kalshi referred to itself as "a next-generation CME for the 21st century."[16]

17. On June 15, 2026, CNBC published an interview with Michael Selig, Chairman of the CFTC. In that interview, discussing the agency's approval of perpetuals, Chairman Selig stated that "incumbents are always going to fear the future."[17]

18. On June 12, 2026, Semafor published an interview with Chairman Selig. In this interview, Selig referred to CME as an "incumbent[]" that is "afraid of this technology" because

---

[14] *Id.* at 7.

[15] Sourcery with Molly O'Shea, *How Kalshi Built a $2 Billion Prediction Market*, at 6:49–8:07 (YouTube, Feb. 28, 2025), https://youtu.be/XR86_cwhp8M?t=409.

[16] *Kalshi Hits $5 Billion Valuation amid International Expansion*, Kalshi News (Oct. 10, 2025), https://news.kalshi.com/p/kalshi-hits-5-billion-valuation-amid-international-expansion (Ex. G, at 2).

[17] *CFTC Chair Selig Defends Decision to Approve 'Perps' in U.S.*, CNBC: Fast Money, video at 0:15–0:52 (June 15, 2026), https://www.cnbc.com/2026/06/15/cftc-chair-selig-defends-decision-to-approve-perps-in-us.html [https://perma.cc/WLS2-JFJ6].

the introduction of perpetuals has "limited the transaction fees, maybe, they're receiving on their exchange, but this is good for investors."[18]

19. Attached to this declaration as Exhibit H is a true and accurate copy of an op-ed, authored by Chairman Selig and published on May 29, 2026, entitled "What American Crypto Asset Perpetuals Mean for the Future of Crypto." In this opinion piece, Selig explained that "[u]nlike a traditional futures contract …, a perpetual contract … is a type of derivative contract that has no fixed expiration date." He went on to state that "despite clear market demand … the CFTC has – until now – failed to provide a workable pathway for crypto asset perpetuals to exist in a compliant manner in the United States." This resulted in perpetual trading occurring offshore and "U.S. market participants [being] effectively barred from accessing these markets."[19]

---

[18] Eleanor Mueller, *Trump's Prediction-Market Regulator to the Supreme Court: Bring It On*, Semafor, video at 17:18–18:49 (June 12, 2026), https://www.semafor.com/article/06/12/2026/trumps-prediction-market-regulator-to-the-supreme-court-bring-it-on.

[19] Michael S. Selig, Opinion, *What American Crypto Asset Perpetuals Mean for the Future of Crypto*, CoinDesk (May 29, 2026), https://www.coindesk.com/opinion/2026/05/29/what-american-crypto-asset-perpetuals-mean-for-the-future-of-crypto, *reprinted in* CFTC, https://www.cftc.gov/PressRoom/SpeechesTestimony/seligstatement052926 (Ex. H, at 1-2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2026

Washington, District of Columbia



Brian J. Beaton, Jr.