# EXHIBIT A

Learn more about LSEG



# CME sues US CFTC over letting Kalshi, Coinbase offer perpetual futures

By Jonathan Stempel

June 18, 2026 1:46 PM EDT · Updated June 18, 2026

Aa




[1/2] CME Group's logo is seen displayed in this illustration created on April 10, 2023. REUTERS/Dado Ruvic/Illustration/File Photo Purchase Licensing Rights

Summary Companies

CME seeks to void CFTC approval for Kalshi perpetual futures

CME said the contracts are swaps under Dodd-Frank

Perpetual futures trading volume reached $61.7 trillion in 2025

CFTC calls lawsuit 'frivolous,' detracts from Trump-led innovation

June 18 (Reuters) - The Chicago Mercantile Exchange sued the U.S. Commodity Futures Trading Commission and its chairman, Michael Selig, on Thursday, challenging a recent decision to let the prediction markets platform Kalshi and cryptocurrency exchange Coinbase (COIN.O) list perpetual futures.

CME, a unit of CME Group (CME.O), said the contracts are swaps under the 2010 Dodd-Frank financial reforms, a view it said the CFTC had previously accepted, and that the regulator acted arbitrarily and capriciously in approving them as futures.

Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

The lawsuit filed in the Washington, D.C., federal court seeks to void the CFTC's May 29 approval for Kalshi to list a bitcoin perpetual future, as well as a policy statement allowing futures exchanges to offer similar contracts. CFTC said the same day it would not object if Coinbase allowed U.S. investors access to its foreign perpetual futures pegged to cryptocurrencies.

A CFTC spokesperson called the lawsuit "frivolous." Kalshi and Coinbase were not named as defendants.

Perpetual futures, sometimes known as perpetual contracts, are derivatives that track prices of underlying assets such as cryptocurrencies, and allow investors to use high levels of leverage.

The investments also lack expiration dates, allowing traders to hold positions indefinitely, and can qualify for favorable tax treatment.

## CFTC SAYS CME FEARS COMPETITION

In its complaint, CME said the CFTC's decision to approve perpetual futures inflicts "textbook competitive injury" by letting Kalshi, Coinbase and others compete for its retail customers.

Shares of CME and Intercontinental Exchange (ICE.N), the parent of the New York Stock Exchange, fell after the decision, reflecting investor concern about the competitive threat to existing exchanges.

The CFTC spokesperson said: “Rather than compete in the marketplace, the CME has decided to undertake lawfare against the agency and the Trump Administration’s pro-innovation agenda. Incumbents fear the future and having to compete on a level playing field."

Kalshi spokesperson Elisabeth Diana said: "This isn't about the law, it's about the fear of competition."

Faryar Shirzad, Coinbase's chief policy officer, said: "Competition and innovation are the bedrock of vibrant financial markets and we commend the CFTC for onshoring modern contract structures that benefit American investors."

## SEEKING PROFITS FROM CRYPTOCURRENCY VOLATILITY

Perpetual futures trading volume grew 29% last year to $61.7 trillion, according to market data provider CryptoQuant, as traders sought new ways to profit from cryptocurrency volatility.

In a May 29 editorial published by CoinDesk, Selig said allowing perpetual futures reflected the CFTC's "statutory obligation to promote responsible innovation," and supported President Donald Trump's goal of making the United States the "crypto capital of the world."

Selig is the only commissioner on the CFTC, which normally has five commissioners.

The agency is also involved in lawsuits with many U.S. states over prediction markets, which let people wager on the outcome of events such as sports and elections. Many states consider such wagers a form of gambling.

Reporting by Jonathan Stempel in New York; Editing by Sanjeev Miglani

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Boards, Policy & Regulation | Securities Enforcement | Regulatory Oversight | Capital Markets

Purchase Licensing Rights

### Read Next / Editor's Picks

Business

EXCLUSIVE

**Italian court places Revolut unit under supervision over money-laundering failings**

20 mins ago

Business

**Bank of America hires Evercore's Stapleton to lead activism defense, memo says**

23 mins ago

Legal

**EU's Albuquerque calls for cross-border bank mergers to take on US, China**

36 mins ago

Legal

**Teva settles US states' drug price-fixing case**

52 mins ago

Latest

Home

Authors

Topic Sitemap

Archive

Article Sitemap

Media

Videos

Pictures

Graphics

Podcasts

Browse

World

Business

Markets

Sustainability

Legal

Breakingviews

Technology

Investigations

Sports

Science

Lifestyle

About Reuters

About Reuters

Media Center

Advertise with Us

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters and AI

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Commercial Disclosure (Japan)

Stay Informed

**Download the App (iOS)**

**Download the App (Android)**

**Newsletters**

**Subscribe**

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** **Advertising Guidelines** **Purchase Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

**Cookies** **Terms & Conditions** **Privacy** **Copyright** **Digital Accessibility** **Corrections** **Data Disclosure and Sources** **Site Feedback**

© 2026 Reuters. All rights reserved