# EXHIBIT F

← PERPETUALS LEARN

# Are Crypto Perpetual Futures Legal in the United States? A 2026 Regulatory Update

Are crypto perpetual futures legal in the US? Yes — how Kalshi's CFTC-approved perps work, the SEC/CFTC split, offshore risks, and what's next in 2026.

Crypto perpetual futures contracts have long been one of the most popularly traded products in digital assets. For years though, U.S. traders have been cut off from the market as the financial instrument was not regulated or available.

But in 2026, that all changed.

Following the launch of CFTC-approved perpetual futures by Kalshi in May, U.S. retail traders gained access to a regulated version of crypto perpetual futures ("perps") for the first time.

## Are Crypto Perpetual Futures ("Perps") Legal in the U.S.?

Yes, crypto perpetual futures contracts are legal in the United States.

For years, regulated crypto perps were unavailable to U.S. retail traders. Offshore platforms offering contracts that were not regulated in the United States dominated the market and effectively blocked American customers and IP addresses originating from the U.S. from trading them.

However, in May 2026, Kalshi launched the first formally CFTC-approved crypto perpetual futures available to U.S. retail traders.

These crypto futures contracts, formally approved by the Commodity Futures Trading Commission (CFTC), carry a meaningful distinction from other contracts that may be operating under temporary regulatory relief, or via a no-action letter from the regulator.

For U.S. traders seeking exposure to crypto perps, there is no question about the regulated status of the contracts when trading on Kalshi.

## Why Are U.S. Traders Generally Blocked from Offshore Platforms?

Crypto perpetual futures are leveraged derivative trading products. In the United States, these types of trading products fall under the Commodity Exchange Act (CEA) and require oversight from the CFTC.

Because of these requirements, major offshore exchanges with crypto perpetual futures products generally restrict or completely block U.S. residents.

This behavior aims to protect the exchange from regulatory risks.

In 2021, crypto derivatives exchange BitMEX was ordered to pay a $100 million fine in part for unlawfully accepting orders on Bitcoin, Ethereum, and Litecoin derivatives.

Blocking U.S. users allows offshore platforms to avoid similar enforcement actions.

## Why Does the CFTC Regulate Crypto Perpetual Futures?

The Commodity Futures Trading Commission is responsible for overseeing U.S. futures, options, and other derivative trading of commodities. While traders may more frequently associate commodities with precious metals like gold or silver, or

agricultural products like corn and wheat, major crypto assets like Bitcoin and Ethereum also fall under the definition.

As a result, derivatives trading of the assets falls under the CFTC's regulatory guidance.

Therefore, exchanges wishing to offer perpetual futures to U.S. retail traders in a compliant manner need to do so with CFTC approval.

## The SEC vs. CFTC: Who Regulates Crypto Trading?

Crypto regulation in the United States has long been divided between multiple regulators. On the surface, the CFTC generally oversees commodities and derivatives markets, while the Securities and Exchange Commission (SEC) regulates securities.

While Bitcoin and Ethereum are widely viewed as commodities, some smaller cryptocurrencies or "altcoins," remain embroiled in a debate about their classification.

Congress attempted to clarify jurisdiction and definitions via the Financial Innovation and Technology for the 21st Century Act (FIT21) bill in 2024, but it did not ultimately become law.

Further attempts to create defining crypto regulations in the United States are ongoing, highlighted by the Clarity Act, which would provide an overhauled regulatory framework for crypto markets.

In March 2026 the SEC and CFTC provided guidance about the application of certain securities laws to select crypto assets and transactions, making distinctions about commodities, collectibles, and more within the crypto ecosystem.

The scope of authority held by the regulators as it pertains to crypto may change in the future. A legal sidebar from the Congressional Research Service indicates that the passing of the Clarity Act in conjunction with other crypto-related bills

may ultimately narrow the SEC's jurisdiction over select crypto markets, while widening the scope for the CFTC.

As it stands, in early 2026, the pair of regulators partnered together on "Project Crypto," an initiative designed to improve "coordination, coherence, and a unified approach to the federal oversight of crypto asset markets."

## Kalshi's Regulated Perps: What Does Formal CFTC Approval Mean?

On May 29, designated contract market (DCM) KalshiEX earned approval from the CFTC for the listing of Bitcoin perpetual futures contracts, meaning that its perpetual futures contracts were formally reviewed and approved by the regulator.

This means that its offerings are different from those which may be offered under a no-action letter or via self-certification. No-action relief means that the Commission has provided a statement that indicates it will not recommend enforcement actions for failing to comply with a specific regulation. However, no-action relief can be withdrawn and may not be relied upon by third parties.

Meanwhile, self-certification allows DCMs to list products prior to receiving formal CFTC approval so long as they certify that the product complies with the Commodity Exchange Act (CEA). In doing so, the DCM must also file the self-certification with the CFTC.

While both of these options may allow for the trading of crypto perpetual futures contracts, neither is as strong as a formal regulatory approval provided by the CFTC. Direct CFTC approval also allows for the legal trading of crypto perps with standard consumer protections that are not afforded U.S. users by offshore trading platforms.

Kalshi users can trade CFTC-approved crypto perpetual futures on the following assets with the corresponding maximum leverage limits:

Learn more about leverage and how it affects crypto perps positions in our guide.

| ASSET | MAXIMUM LEVERAGE (AS OF JULY 28) |
|---|---|
| BTC | 5.9x |
| ETH | 4.5x |
| LTC | 3.7x |
| LINK | 3.4x |
| BCH | 3.0x |
| NEAR | 2.8x |
| XRP | 2.7x |
| DOGE | 2.7x |
| SOL | 2.6x |
| ZEC | 2.5x |
| SUI | 2.4x |
| HYPE | 2.1x |
| kSHIB | 2.0x |

## How Are Decentralized Perpetual Futures Exchanges Treated?

Decentralized perpetual futures exchanges fit within a more complicated regulatory picture.

Some protocols have historically argued that smart contracts operate without traditional intermediaries, making them fundamentally different from centralized

exchanges that may offer perps trading.

But regulators in the United States have previously challenged that position, charging decentralized finance (DeFi) platforms Opyn and Deridex for failing to register as designated contract markets (DCM) and futures commission merchants (FCM) in 2023.

## Can U.S. Traders Use Offshore Perpetual Futures Exchanges?

Some traders may attempt to bypass geographic restrictions on offshore perps platforms by using virtual private networks (VPNs) to appear as if they are trading from an approved jurisdiction.

But doing so carries meaningful risks to the user.

Because offshore exchanges typically explicitly prohibit U.S. users via their Terms of Service (ToS), customers can jeopardize any deposited funds used to trade perpetual futures contracts when they violate the ToS.

For example, a decentralized perps exchange that does not allow U.S. users may institute a geoblock on the exchange's frontend to prevent trading from U.S. residents. If a U.S. trader willingly goes around this geoblock, they would be in violation of the exchange's Terms of Service and could have their account suspended or frozen, losing access to their funds.

Traders who attempt to access offshore platforms by working around the blockages are not only putting funds at risk, but also remain unprotected by consumer protection laws or standards provided by regulatory bodies like the CFTC.

Those seeking stronger protection and regulatory certainty can trade at least 13 CFTC-approved crypto perpetual futures contracts on Kalshi.

## What Does the Future of Crypto Perps in the U.S. Look Like?

The launch of regulated crypto perps contracts in the United States is a major milestone, but will likely change over time.

As congress continues to debate broader digital asset legislation and regulators like the CFTC evaluate more detailed frameworks for crypto derivatives, it could lead to additional products and new standards for maximum leverage, clearing requirements, reporting obligations, and more.

For now, regulated perpetual futures remains a relatively new development, with Kalshi providing the first CFTC-approved options for U.S. retail traders hoping to gain experience with crypto perps trading.

Upon approval of the first regulated crypto perps contracts, Chairman Michael Selig indicated the regulated framework for perps could “limit excessive leverage, volatility and systemic risk, rather than pushing those risks offshore to unregulated venues.”

Shortly after being sworn into the role in December 2025, Selig noted he had tasked his regulatory body to begin drafting rules that would codify requirements for DCMs and to explore a new category of DCM registration that is specifically tailored to leveraged, margined, or financed crypto asset trading.

## Frequently Asked Questions

| QUESTION | ANSWER |
|---|---|
| **Can U.S. traders use crypto perpetual futures?** | Yes. Traders in the United States can trade crypto perps or perpetual futures of 13 different assets via CFTC-regulated offerings on Kalshi. |
| **What is the CFTC stance on crypto perps?** | The CFTC, which regulates derivatives trading of commodities, is in favor of responsible and regulated |

| QUESTION | ANSWER |
| --- | --- |
| | innovation via crypto perpetual futures, according to 2026 remarks from Chairman Michael Selig. |
| **Which exchange offers perps to US users?** | Kalshi launched CFTC-approved crypto perps for 13 crypto assets, including Bitcoin and Ethereum, to U.S. users. Acting under a no-action letter, Coinbase Financial Markets also allows U.S. users to trade crypto perps. |
| **What leverage limits apply to regulated crypto perps?** | While there is not a specific leverage requirement mandated by the CFTC, regulated perps exchanges need to utilize "leverage ratios pursuant to a platform's risk management framework." |

## Conclusion

For years, crypto perpetual futures were unavailable to U.S. retail traders. Offshore platforms blossomed as the trading product grew, leaving out Americans that did not have regulated offerings of their own.

However, in 2026, the launch of CFTC-approved crypto perps on Kalshi gave U.S. traders an outlet to explore perpetual futures trading of crypto assets in a regulated manner.

*This is not financial advice. Trading on Kalshi involves risk and may not be appropriate for all. Members risk losing their cost to enter any transaction, including fees. You should carefully consider whether trading on Kalshi is appropriate for you in light of your investment experience and financial resources. Any trading decisions you make are solely your responsibility and at your own risk. Information is provided for convenience only on an "AS IS" basis. Past performance is not necessarily indicative of future results. Kalshi is subject to U.S. regulatory oversight by the CFTC.*

KEEP LEARNING

**Perpetuals Learn** →

Back to the overview — the basics, leverage, exits, and more.

Kalshi Learn

Trading perpetual futures involves leverage, meaning gains and losses are amplified relative to your account balance. Auto-liquidation mechanisms are designed to limit losses by closing positions when margin thresholds are breached, but they do not function as a guaranteed stop-loss. Rapid or extreme market movements, including gaps in price or periods of illiquidity, may result in execution at prices significantly worse than the liquidation trigger, potentially producing a negative account balance.

If your account balance becomes negative, you are liable for the outstanding amount and must deposit additional funds to bring your account to a zero or positive balance. Your open positions may be liquidated without prior notice at any time the Firm determines that your margin is insufficient. The Firm retains the right to terminate an account where a negative balance remains unresolved in accordance with the terms of your customer agreement. Withdrawal of funds may be restricted if you have outstanding obligations.

Leveraged trading in perpetual futures is not suitable for all investors. You should carefully consider whether such trading is appropriate for you in light of your financial condition and risk tolerance.

Stop prices are not guaranteed execution prices. Stop orders may be triggered by a short-lived, dramatic price change. Sell stop orders may exacerbate price declines during times of extreme volatility. Placing a "limit price" on a stop order may help manage some of these risks.

For more risk information, please review Risk Disclosure.