# EXHIBIT G

Home > Posts > Kalshi hits $5 billion valuation amid international expansion

# Kalshi hits $5 billion valuation amid international expansion




Fresh off a $300 million raise, the company now offers a single global liquidity pool spanning 140+ countries.

By Kalshi News

Oct 10, 2025

Kalshi News

Sign Up

News Sports 2026 Midterm Hub Markets Features NFL Power Rankings CFB Power Rankings Interviews Announcements Learn KPOW Compute Authors

Today marks two major milestones: a **$300 million Series D funding round** and **Kalshi's international expansion**.

This latest round, which values Kalshi at **$5 billion**, was co-led by **Andreessen Horowitz (a16z)** and **Sequoia Capital**, with significant participation from **Paradigm**. Additional backers include **Coinbase Ventures**, **General Catalyst**, **Spark Capital**, and **CapitalG**. It also paves the way for Kalshi's global expansion, opening the platform to traders outside the U.S., and creating a truly unified prediction market.

## 140+ countries. One global liquidity pool



*Kalshi goes global.*

For the first time, Kalshi is available to users around the world under a global model that supports participation from over 140 countries.

This expansion will create **a single, unified liquidity pool** for prediction markets, a structure that is unique to Kalshi.

While other platforms operate with fragmented, region-specific markets, Kalshi's global exchange connects traders worldwide to the same set of events, deepening liquidity and price discovery across every market.

Prediction markets have always had worldwide relevance. Events don't stop at borders, and now, neither does trading on them. Whether it's elections, central bank decisions, sports, or climate, users across continents can trade directly on the outcomes that shape their world.

## The fastest-growing company in tech outside AI...

Kalshi has become one of the fastest-growing technology companies in the United States, and the fastest-growing company outside of the AI industry. In the past year alone, trading volume has grown **200×** and the user base has grown **20×**. Kalshi now accounts for over **60 percent of global prediction-market activity**, despite previously being confined to the U.S.

Investors have noticed. The Series D was **massively oversubscribed**, with demand from nearly every major firm in Silicon Valley and on Wall Street.

## Why this matters...

Prediction markets have evolved from a niche experiment into a full-fledged financial asset class. In all financial markets, including stocks, bonds, and commodities, prices move based on events in the real world. Only prediction markets let people trade **directly on those events**. That's the fundamental shift that will make them one of the largest asset classes in the world.

Kalshi's regulated prediction-market exchange combines Wall Street-grade reliability with Silicon Valley speed to create a next-generation CME for the 21st century.

**Tarek Mansour**
@mansourtarek_ · **Follow**

Kalshi recently raised $300M+ at $5B from Sequoia, a16z, Paradigm and others.

Since then, we've grown over 3x, hit $50B of annualized volume, and became the largest prediction market in the world.

And today...Kalshi goes global.

140+ countries. 1 liquidity pool.

Watch on X

9:30 AM · Oct 10, 2025

4.2K Reply Copy link

Read 449 replies

## What's next...

With this funding and global expansion, we're continuing to:

- **Expand liquidity and market depth:** building the world's first global liquidity pool for event trading.
- **Launch new market types and structures:** pushing the limits of what can be traded.
- **Integrate with more brokerages and institutions:** bridging prediction markets and traditional finance.
- **Grow one of the most talented teams in finance and technology:** scaling the infrastructure for a global exchange.

**If you believe in the potential of prediction markets, we hope you'll join us.**

Click here to *start trading*. Click here to see *open roles.*

## More From Kalshi



Kalshi announces independent surveillance audit committee, partnerships with director of




XP International and Kalshi partner to bring regulated prediction markets to Brazilian investors.

Kalshi News

Values and Principles for Prediction Markets

Solidus Labs, and new head of enforcement



Jensen Huang return odds more than double as traders reassess Nvidia CEO race



Grammy nomination odds: Olivia Rodrigo and Olivia Dean lead key markets ahead of Monday announcement



San Francisco vs. Dallas odds: 49ers at 64% to extend win streak over Cowboys



Seahawks vs. Raiders odds: Seattle at 72% as Fernando Mendoza makes first start



Rams vs. Cardinals odds: Los Angeles at 81% as Carson Beck makes first start



Steelers vs. Bengals odds: Cincinnati at 63% with AFC North on the line

View more



© 2026 Kalshi News.

Powered by beehiiv