**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br>*Plaintiff,*<br>–v.–<br>MICHAEL S. SELIG, *et al.*,<br>*Defendants.* | Case No. 26-cv-2157 |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiff's motion for summary judgment and memorandum of law in support of the motion, Defendants' Opposition, and any reply, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**ORDERED** that Defendants' actions, more fully described in Plaintiff's complaint and papers in support of its motion for summary judgment, are **VACATED AND SET ASIDE**.

**SO ORDERED.**

Dated: ______________

______________________________
The Honorable Colleen Kollar-Kotelly
United States District Judge