**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission; COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendants. | Case No. 1:26-cv-02157<br><br>**ORAL HEARING REQUESTED** |

## MOTION FOR SUMMARY JUDGMENT

Defendants Michael S. Selig and the Commodity Futures Trading Commission hereby move for summary judgment pursuant to Federal Rules of Civil Procedure 56(a). Defendants' motion is supported by the accompanying Statement of Points and Authorities, Statement of Facts, and Exhibits A–O. A Proposed Order is attached. Defendants respectfully request an oral hearing.

Dated: November 20, 2026

Respectfully Submitted,

*/s/ Henry J. Dickman*
Henry J. Dickman (DC Bar No. 1724459)

TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel
HENRY J. DICKMAN
Senior Assistant General Counsel
ANDREW J. WEISBERG
Senior Assistant General Counsel
ANNE W. STUKES
Senior Assistant General Counsel
CARLIN METZGER
Senior Assistant General Counsel
MARGARET P. AISENBREY
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 418-5607
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
hdickman@cftc.gov
aweisberg@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
maisenbrey@cftc.gov

*Attorneys for Defendants*