# EXHIBIT B

7 MIN READ Save

# FAQ: Spot-Quoted Futures

By CME Group 15 DEC 2025

**Latest Updates**

1. What are the latest updates to Spot-Quoted futures?

**Overview**

2. What are Spot-Quoted futures?
3. Why have we listed Spot-Quoted futures?
4. How are Spot-Quoted futures priced/valued?
5. What is a financing adjustment?
6. What futures contract is used to determine the financing adjustment?
7. Does it matter if the total financing adjustment is not zero when a client enters a trade?
8. How are these futures contracts different from E-mini and Micro E-mini futures?
9. How are these futures contracts different from existing Cryptocurrency futures?

**Product Details**

10. Under which DCM are these contracts be listed?
11. What are the contract specifications?
12. What are the tickers associated with each future product?
13. Why are these products longer-dated in nature?
14. How are the daily settlement prices of Spot-Quoted futures determined?
15. What are the CME CF Spot-Quoted Cryptocurrency Markers?
16. Why is the price that I transacted different from what my statement says?
17. What are the fees for Spot-Quoted futures products?
18. What is a maintenance fee?
19. What are the margin requirements for Spot-Quoted futures?
20. Are Spot-Quoted futures block eligible?
21. Are Spot-Quoted futures offsettable with their respective counterparts? Can they be offset?

**Additional Information**

21. How can I see prices for Spot-Quoted futures?
22. Do Spot-Quoted futures on Equity Indices have circuit breakers?
23. Do Spot-Quoted futures on Cryptocurrencies have circuit breakers?
24. Where can I find more information on Spot-Quoted futures from CME Group?

# Latest Updates

## 1. What are the latest updates to Spot-Quoted futures?

Spot-Quoted XRP and SOL futures are now live and available to trade.

^ Back to Top

# Overview

## 2. What are Spot-Quoted futures?

Spot-Quoted futures are innovative, smaller-sized, regulated contracts designed with today's self-directed active trader in mind.

Available on eight key markets – Bitcoin, Ether, XRP, SOL, S&P 500, Nasdaq-100, Russell 2000 and the Dow Jones industrial Average – these futures contracts are unique in that they could trade at, or close to, the same spot price (i.e., underlying cash index level) as you'd see reported for their respective equity or cryptocurrency index on mainstream financial sites like CNBC and Yahoo Finance.

Unlike traditional futures, which expire monthly or quarterly, Spot-Quoted futures contracts will expire in June 2027. To assure that these longer-dated contracts trade near their respective underlying cash price, there is a daily financing adjustment that represents that day's basis or difference between the corresponding lead-month quarterly or monthly futures contract and the related spot market.

Trade the following: Spot-Quoted S&P 500 futures, Spot-Quoted Nasdaq-100 futures, Spot-Quoted Russell 2000 futures, Spot-Quoted Dow futures, Spot-Quoted Bitcoin futures, Spot- Quoted Ether futures, Spot-Quoted XRP futures and Spot-Quoted SOL futures.

^ Back to Top

## 3. Why have we listed Spot-Quoted futures?

There are a few reasons for why we have received strong demand to list Spot-Quoted futures.

1. **Notional size**: Since the launch of Micro E-mini futures in 2019, we have seen the notional values increase. For example, the notional value of Micro E-mini Nasdaq-100 futures contracts more than doubled, growing from $20K to $45K. A similar trend has occurred with other Equity and Cryptocurrency products. Spot-Quoted futures will be at least five times smaller than existing Micro contracts, providing market participants greater access to enter the futures market at notional values between $500 to $6,000.
2. **Spot pricing**: This product allows clients to trade in and out of their position at the spot price, allowing for ease of understanding between the cash index level and the futures ecosystem.

3. **Reduced rolls**: These futures contracts will be longer-dated in nature with a 2026 expiration date, so there won't be quarterly or monthly rolls as with other futures.

^ Back to Top

## 4. How are Spot-Quoted futures priced/valued?

Spot-Quoted futures are priced using the following equation:

> Spot-Quoted futures cleared price = Spot-priced instrument + total financing adjustment

**Spot-priced instrument**: This is defined/determined by liquid markets and continuously adjusted based on current market dynamics. On screen, participants will be able to execute via two-sided bid and ask markets.

**Financing adjustment**: Determined by actual market dynamics and made up of two components: prior day total financing adjustment + today's financing adjustment.

^ Back to Top

## 5. What is a financing adjustment?

Spot-Quoted futures call for the price to be quoted and negotiated at the "spot price." Once the trade is consummated, the financing component will be added onto the agreed upon spot price to end up with the futures position price.

The Total Financing Adjustment level is historical since the launch of the product at which point it started at zero (on launch date).

Then, each day the total financing adjustment will be determined by looking at the difference in the basis (Futures Settlement - Cash Settlement) and adding that to the previous day's total financing adjustment.

*Note: In this hypothetical example the SQF products launched on Jan. 1, 2024.*

### S&P 500

| DATE | E-MINI S&P 500 FUTURES MARCH 2024 SETTLEMENT VALUE | S&P 500 INDEX SETTLEMENT VALUE | (FUTURES - CASH) BASIS | FINANCING ADJUSTMENT (THAT DAY) | TOTAL FINANCING ADJUSTMENT (ADJ) |
|---|---|---|---|---|---|
| 1/15/2024 | 4816.50 | 4783.75 | 32.75 | 0.50 | (11.75) |
| 1/16/2024 | 4798.50 | 4766.00 | 32.50 | (0.25) | (12.00) |
| 1/17/2024 | 4771.25 | 4739.25 | 32.00 | (0.50) | (12.50) |

### Bitcoin

| DATE | BITCOIN FUTURES JANUARY SETTLEMENT VALUE | CME CF SPOT-QUOTED CRYPTOCURRENCY MARKER | (FUTURES - CASH) BASIS | FINANCING ADJUSTMENT (THAT DAY) | TOTAL FINANCING ADJUSTMENT (ADJ) |
|---|---|---|---|---|---|
| 1/15/2024 | $43,295 | $43,166 | $129 | $0 | $(378) |

| | | | | | |
|---|---|---|---|---|---|
| 1/16/2024 | $42,810 | $42,648 | $162 | $34 | $(345) |
| 1/17/2024 | $40,880 | $40,819 | $61 | $(102) | $(446) |

Back to Top

## 6. What futures contract is used to determine the financing adjustment?

The financing adjustment is calculated using the front-month contract for the respective Spot-Quoted futures contract. For example, E-mini Nasdaq-100 futures are used for calculation of the Spot-Quoted Nasdaq-100 futures, Ether futures are used for Spot-Quoted Ether futures. The front-month is determined in the following way:

For the Equity Index contracts (QSPX, QNDX, QDOW and QRTY), the front-month changes from one quarter to the next on the Monday prior to expiration. Equity futures expire on the third Friday of the quarter. For example:

- On June 13, 2025, the front-month contract for Spot-Quoted S&P 500 is the E-mini S&P 500 June 2025 contract. On June 16, 2025, the front-month contract is the E-mini S&P 500 September 2025 contract.

For the Cryptocurrency contracts (QBTC, QETH, QSOL and QXRP), the front-month changes from one month to the next on the Thursday prior to expiration. Cryptocurrency futures expire on the last Friday of the month. For example:

- On June 26, 2025, the front-month contract for Spot-Quoted Bitcoin is the Bitcoin June 2025 contract. On June 27, 2025, the front-month contract is the Bitcoin July 2025 contract.

*Note: The total financing adjustment will always look at the lead-month futures contract. On the day the next contract month becomes the lead month, we begin using that contract to determine the total financing adjustment.*

Back to Top

## 7. Does it matter if the total financing adjustment is not zero when a client enters a trade?

No, the accumulation of the total financing adjustment prior to a participant entering a position in the product does not matter. A client should only care about the difference in total financing adjustment between when they enter the product and exit.

Back to Top

## 8. How are these futures contracts different from E-mini and Micro E-mini futures?

Equity Index futures are typically quarterly listed futures contracts that cash-settle on the third Friday of the Mar, Jun, Sep, Dec quarterly cycle. The futures contracts are derived using the following formula where “r” is the interest rate and “x” is the number of days until expiry. For example:

E-mini S&P 500 futures = Cash [1+r (x/360)] - Dividends

Financing is present in Equity Index futures.

Due to this equation, there is a difference between the cash index level that you'd see when searching "S&P 500 Index Price" (or equivalent index search term). This differential between the spot index price and the futures price will be further explained throughout the FAQ.

^ Back to Top

## 9. How are these futures contracts different from existing Cryptocurrency futures?

Cryptocurrency futures are typically monthly listed futures contracts that cash-settle on the last Friday of the month. The futures contracts are derived using the following formula where "r" is the interest rate and "x" is the number of days until expiry. For example:

Bitcoin futures = Cash [1+r (x/360)]

Financing is present in Cryptocurrency futures.

Due to this equation, there is a difference between the cash index level that one would see when searching the "price of bitcoin" (or equivalent cryptocurrency search term). This differential between the spot index price and the futures price will be further explained throughout the FAQ.

^ Back to Top

# Product details

## 10. Under which DCM will these contracts be listed?

**CME:** Spot-Quoted S&P 500, Spot-Quoted Nasdaq-100, Spot-Quoted Russell 2000, Spot-Quoted Bitcoin, Spot-Quoted Ether, Spot-Quoted XRP, Spot-Quoted SOL

**CBOT:** Spot-Quoted Dow

^ Back to Top

## 11. What are the contract specifications?

Contract specifications can be found below.

| | BITCOIN | ETHER | XRP | SOL | S&P 500 | NASDAQ-100 |
|---|---|---|---|---|---|---|
| Product Code | QBTC | QETH | QXRP | QSOL | QSPX | QNDX |
| Contract Size | 0.01 bitcoin | 0.20 ether | 250 XRP | 5 SOL | $1 x S&P 500 Index | $0.10 x Nasdaq- |

| | |
|---|---|
| Listing Schedule | 1 listed futures contract at launch (June 2027 expiration) |

Back to Top

## 12. What are the tickers associated with each future product?

| CONTRACT | TRADEABLE TICKER | TOTAL FINANCING ADJUSTMENT | CLEARED FUTURES POSITION |
|---|---|---|---|
| S&P 500 | QSPX | QSM | QSF |
| Nasdaq-100 | QNDX | QNM | QNF |
| Russell 2000 | QRTY | QRM | QRF |
| Dow Jones | QDOW | QDM | QDF |
| Bitcoin | QBTC | QTM | QTF |
| Ether | QETH | QEM | QEF |
| SOL | QSOL | QOM | QOF |
| XRP | QXRP | QXM | QXF |

Back to Top

## 13. Why are these products longer-dated in nature?

The longer-dated nature of the Spot-Quoted futures allows for participants to transact in the product at a duration of their choosing without the need to consider the quarterly or monthly expiration that is present in other futures contracts.

Back to Top

## 14. How are the daily settlement prices of Spot-Quoted futures determined?

Daily settlement prices of the Equity Index Spot-Quoted instrument that trades on Globex will be determined by the cash index settlement each day. For example, for the tradable Spot-Quoted Nasdaq-100 tradable futures instrument, settlement will be determined by the Nasdaq-100 Index settlement price.

Daily settlement prices of the Cryptocurrency Spot-Quoted instrument that trades on Globex will be determined by the respective CME CF Spot-Quoted Cryptocurrency Marker each day. For example, for the tradable Spot-Quoted Ether tradable futures instrument, settlement will be determined by the CME CF Spot-Quoted Ether Marker (ETHSPOTNY). To determine the settlement price for the cleared instrument, CME Clearing will take the cash index level or cryptocurrency marker and apply the total financing adjustment.

Back to Top

## 15. What are the CME CF Spot-Quoted Cryptocurrency Markers?

The CME CF Spot-Quoted Cryptocurrency Markers measure the underlying economic reality of the exchange of the base asset (e.g., bitcoin, ether, XRP, SOL) for the quoted asset and vice versa. The markers are a 60 second TWAP based on the underlying Real-Time Index from 3:59 p.m. – 4:00 p.m. ET. For example, Spot-Quoted Ether futures daily settlement is determined by the CME CF Spot-Quoted Ether Marker, which represents the 60 second TWAP of the CME CF Ether-Dollar Real-Time Index from 3:59 – 4:00 p.m. ET.

^ Back to Top

## 16. Why is the price that I transacted different from what my statement says?

Due to the financing component included in this product, the spot price that is traded on Globex will not represent the cleared futures position that will be carried for the duration of your open position.

^ Back to Top

## 17. What are the fees for Spot-Quoted futures products?

Please reference the CME and CBOT Fee Schedule to view the latest fees. The fees are as follows:

| | EQUITY (S&P 500, DOW, RUSSELL 2000, NASDAQ-100) | CRYPTOCURRENCY (BITCOIN, ETHER, XRP, SOL) |
|---|---|---|
| Member | $0.02 | $0.10 |
| Non-member | $0.20 | $0.20 |

| | MAINTENANCE FEE* |
|---|---|
| S&P 500, Nasdaq-100, Russell 2000, Dow, Bitcoin, Ether, XRP, SOL | $0.15 |

**CME Group will waive the maintenance fee for all participants for a duration of at least 12 months.*

^ Back to Top

## 18. What is a maintenance fee?

A maintenance fee is a non-tradable fee that will be applied to open positions on the third Friday of the quarterly months (Mar, Jun, Sep, Dec) at the close of business on each respective Friday.

For example, if a participant is holding open interest in the Spot-Quoted S&P 500 futures on June 20, 2025, at the close of business, they will incur a maintenance fee as defined above.*

**CME Group will waive the maintenance fee for all participants through June 30, 2026.*

Back to Top

## 19. What are the margin requirements for Spot-Quoted futures?

The margin requirements for Spot-Quoted futures will be notionally adjusted and in line with their E-mini and Micro E-mini counterparts.

Review the latest margins.

Back to Top

## 20. Are Spot-Quoted futures block eligible?

No, Spot-Quoted futures are not block eligible.

Back to Top

## 21. Are Spot-Quoted futures offsettable with their respective counterparts? Can they be offset?

Spot-Quoted futures positions will not be offsettable with their E-mini and Micro E-mini counterparts. Positions will never be collapsed by CME Clearing. Margins, however, may be offsettable with their E-mini and Micro E-mini counterparts (at their respective ratios).

Back to Top

# Additional information

## 22. How can I see prices for Spot-Quoted futures?

Live prices can be found via your front-end platform that accesses Globex data.

Delayed quotes will be available online on our website. You can also access quotes through major quote vendors.

Back to Top

## 23. Do Spot-Quoted futures on Equity Indices have circuit breakers?

U.S. Equity Index price limits, and corresponding CME and CBOT rules, are designed to coordinate with circuit breakers provisions as applied by the New York Stock Exchange (NYSE). Spot-Quoted futures will follow the same rules as other E-mini and Micro E-mini Equity contracts.

- 7%, 13% and 20% price limits are applied to the futures fixing price and are effective from 8:30 a.m. – 3:00 p.m. CT, Mondays through Fridays. This only applies to the downside.
- 7% up-and-down limits are effective 5:00 p.m. – 8:30 a.m. CT. Sundays through Fridays; 3:00 p.m. – 4:00 p.m. CT, Mondays through Fridays. Between 3:00 p.m. – 4:00 p.m. CT, the 7% price limit will not be allowed to breach the 20% daily limit.

^ Back to Top

## 24. Do Spot-Quoted futures on Cryptocurrencies have circuit breakers?

Our Cryptocurrency futures are subject to price limits on a dynamic basis. At the commencement of each trading day, Cryptocurrency futures are assigned a price limit variant, which equals a percentage of the prior day's Exchange-determined settlement price, or a price deemed appropriate by the GCC. During the trading day, the dynamic variant is applied in rolling 60-minute look-back periods to establish dynamic lower and upper price fluctuation limits as follows:

- The dynamic variant is subtracted from the highest trade and/or bid price during a look-back period to establish the lower price fluctuation limit.
- The dynamic variant is added to the lowest trade and/or offer price during a look-back period to establish the upper price fluctuation limit.

^ Back to Top

## 25. Where can I find more information on Spot-Quoted futures from CME Group??

Visit cmegroup.com/spotquoted for the latest information. You can fill out the form on this page to stay informed of Spot-Quoted product updates.

^ Back to Top

EXPLORE SPOT-QUOTED FUTURES →

Tags: CME Group

**CME Group** As the world's leading derivatives marketplace, CME Group is where the world comes to manage risk. Comprised of four exchanges - CME, CBOT, NYMEX and COMEX - we offer the widest range of global benchmark products across all major asset classes, helping businesses everywhere mitigate the myriad of risks they face in today's uncertain global economy.

*All examples in this report are hypothetical interpretations of situations and are used for explanation purposes only. The views in this report reflect solely those of the author and not necessarily those of CME Group or its affiliated institutions. This report and the information herein should not be considered legal advice, investment advice or the results of actual market experience. Where regulatory matters are summarized, they represent CME Group's good faith understanding of the applicable requirements.*

COMPANY

About Us

Corporate Citizenship

Media Room

Careers

Investor Relations

Subscription Center

Contact Us

INTERNATIONAL

Global Offices

Partner Exchanges

Latin America

Europe, Middle East & Africa

Asia-Pacific

MARKET REGULATION

Overview

Rulebooks

Regulatory Guidance

Rule Filings

Regulatory Outreach

OUR EXCHANGES

CME

CBOT

NYMEX

COMEX

English

FEEDBACK

CME Group is the world's leading derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs).
Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2026 CME Group Inc. All rights reserved.

Disclaimer | Privacy Notice | Cookie Notice | Do Not Sell or Share My Personal Information | Terms of Use | Data Terms of Use | Modern Slavery Act Transparency Statement | Report a Security Concern