# EXHIBIT I

6 MIN LESSON 8 OF 18 English

# Mark-to-Market



## What is Mark-to-Market?

One of the defining features of the futures markets is daily mark-to-market (MTM) prices on all contracts. The final daily settlement price for futures is the same for everyone.

MTM was a distinctive difference between futures and forwards until the regulatory reform enacted after the financial crises of 2007-2008. Prior to those reforms most OTC forwards and swaps did not have an official daily settlement price so clients never knew their daily variation except as described by a theoretical pricing model.

Futures markets have an official daily settlement price set by the exchange. While contracts may have slightly different closing and daily settlement formulas established by the exchange, the methodology is fully disclosed in the contract specifications and the exchange rulebook.

## Example

Corn futures trade on CME Globex beginning the previous evening and officially settle for the day at 13:15 Central Time (CT). CME Group staff determine the daily settlement price of corn based on trading activity in the last minute of trading between 13:14:00 and 13:15:00.

E-mini S&P 500 futures trading on CME Globex begin trade the previous evening (CT) at 5:00 p.m. The final daily settlement price is determined by a volume-weighted average price (VWAP) of all trades executed in the full-sized, floor-traded (the Big) futures contract and the E-mini futures contract for the designated lead month contract between 15:14:30 and 15:15:00 CT. The combined VWAP for the designated lead month is then rounded to the nearest 0.10 index point. This contract then remains closed for fifteen minutes between 15:15:00 and 15:30:00 and then resumes trading until 16:00:00 (4:00 p.m. CT) when CME Globex shuts down for one hour.

U.S. Treasury futures begin trading on CME Globex at 5:00 p.m. CT and will trade through the next day until 4:00 p.m. CT. However, the daily settlement price is established by CME Group staff based on trading activity on CME Globex between 13:59:30 and 14:00:00 CT.

In order to fully appreciate a futures contract's final daily settlement price one needs to know the settlement procedures defined in the contract's specifications.

Once a futures contract's final daily settlement price is established the back-office functions of trade reporting, daily profit/loss, and, if required, margin adjustment is made. In the futures markets, losers pay winners every day. This means no account losses are carried forward but must be cleared up every day. The dollar difference from the previous day's settlement price to today's settlement price determines the profit or loss. If my daily loss results in my net equity falling below exchange established margin levels I will be required to provide additional financial resources to replenish the amount back to required levels or risk liquidation of my position.

Mark-to-market enforces the daily discipline of exchanges profit and loss between open futures positions eliminating any loss or profit carry forwards that might endanger the clearinghouse. Having one final daily settlement for all means every open position is treated equally. By publishing these daily settlement values the exchange provides a great service to commercial and speculative users of the futures markets and the underlying markets they derive their price from.

## Test your knowledge

Which of the following are attributes of mark-to-market?

- It's established by the exchange
- Everybody sees the same settlement price
- Defines the daily profit and loss for open positions
- All of the above

### ACCREDITED COURSE

Did you know that CME Institute classes can fulfill CFA and GARP continuing education requirements? Every CME Institute course can be self-reported in your CFA online CE tracker ↗ and select classes can be used for GARP credits. See which of our classes qualify for GARP credits here ↗.

### What did you think of this course?

To help us improve our education materials, please provide your feedback.

← Previous

Next →

### Extend your learning



2 Min Watch

The Reorientation of China's Sway Over Commodities



2 Min Watch

Could Fed Pause in October Ahead of Midterm Elections?



56 Min Watch

Webinar: Introduction to Sports Index futures

PRACTICE TOOL >

Put your knowledge into practice with the Trading Simulator




TRADING CHALLENGE >

Get hands on experience with the latest Trading Challenge




COMPANY

- About Us
- Corporate Citizenship
- Media Room
- Careers
- Investor Relations
- Subscription Center
- Contact Us

INTERNATIONAL

- Global Offices
- Partner Exchanges
- Latin America
- Europe, Middle East & Africa
- Asia-Pacific

MARKET REGULATION

- Overview
- Rulebooks
- Regulatory Guidance
- Rule Filings
- Regulatory Outreach

OUR EXCHANGES

- CME
- CBOT
- NYMEX
- COMEX

English ▾

FEEDBACK

CME Group is the world's leading derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs).
Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2026 CME Group Inc. All rights reserved.

Disclaimer | Privacy Notice | Cookie Notice | Do Not Sell or Share My Personal Information | Terms of Use | Data Terms of Use | Modern Slavery Act Transparency Statement | Report a Security Concern