# EXHIBIT M

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOIUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **Interest Rate Futures** | | | | | | | | |
| 13-Week U.S. T-Bill Futures | 2,453 | 34,792 | -92.9% | 13,782 | -82.2% | 85,146 | 209,975 | -59.4% |
| 1-Month FTIIE | 0 | 857 | -100.0% | 0 | 0.0% | 2,128 | 12,331 | -82.7% |
| 3-Month FTIIE | 0 | 499 | -100.0% | 0 | 0.0% | 622 | 819 | -24.1% |
| BSBY 3-MONTH FUTURES | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| Cross Currency Futures | 0 | 1,115 | -100.0% | 0 | 0.0% | 13,779 | 8,904 | 54.8% |
| ESTR | 14,626 | 141,657 | -89.7% | 28,387 | -48.5% | 468,132 | 1,289,942 | -63.7% |
| ESTR Basis Spread Futures | 323 | 13,131 | -97.5% | 462 | -30.1% | 2,595 | 324,511 | -99.2% |
| SOFR | 68,013,122 | 79,392,382 | -14.3% | 79,481,098 | -14.4% | 729,560,124 | 685,112,604 | 6.5% |
| SONIA | 0 | 0 | 0.0% | 0 | 0.0% | 31 | 17 | 82.4% |
| **Interest Rate Options** | | | | | | | | |
| SOFR | 19,098,532 | 27,078,987 | -29.5% | 24,196,850 | -21.1% | 190,920,262 | 166,862,262 | 14.4% |
| SOFR MIDCURVE | 3,857,104 | 7,392,139 | -47.8% | 4,335,495 | -11.0% | 58,694,967 | 68,105,252 | -13.8% |
| **Equity Index Futures** | | | | | | | | |
| ADA Futures | 815 | 0 | - | 889 | -8.3% | 3,834 | 0 | - |
| AIR | 541,279 | 369,529 | 46.5% | 692,413 | -21.8% | 5,610,753 | 3,978,187 | 41.0% |
| AVAX Futures | 230 | 0 | - | 64 | 259.4% | 623 | 0 | - |
| Bitcoin Euro Futures | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 5 | -100.0% |
| Bitcoin Friday Futures | 6,719 | 52,273 | -87.1% | 4,804 | 39.9% | 72,932 | 809,238 | -91.0% |
| Bitcoin Futures | 298,958 | 257,216 | 16.2% | 246,072 | 21.5% | 2,218,990 | 2,549,071 | -12.9% |
| Bitcoin Volatility | 0 | 0 | - | 0 | 0.0% | 15 | 0 | - |
| E-MINI MIDCAP | 236,821 | 182,537 | 29.7% | 276,808 | -14.4% | 2,423,278 | 2,007,915 | 20.7% |
| E-MINI NASDAQ 100 | 10,722,683 | 10,699,363 | 0.2% | 12,622,425 | -15.1% | 99,130,429 | 98,159,329 | 1.0% |
| E-MINI RUSSELL 1000 | 1,843 | 2,924 | -37.0% | 2,434 | -24.3% | 44,459 | 44,494 | -0.1% |
| E-MINI RUSSELL 1000 GROWTH | 5,482 | 4,149 | 32.1% | 5,298 | 3.5% | 85,142 | 108,273 | -21.4% |
| E-MINI RUSSELL 1000 VALUE | 16,300 | 11,921 | 36.7% | 29,502 | -44.7% | 272,486 | 232,839 | 17.0% |
| E-MINI RUSSELL 2000 | 2,802,731 | 3,758,066 | -25.4% | 3,620,166 | -22.6% | 35,048,445 | 34,487,479 | 1.6% |
| E-MINI S&P500 | 25,813,169 | 26,626,009 | -3.1% | 31,074,695 | -16.9% | 269,725,294 | 265,814,001 | 1.5% |
| E-MINI S&P 500 Equal Weight | 14,249 | 8,305 | 71.6% | 9,389 | 51.8% | 226,685 | 115,514 | 96.2% |
| E-MINI S&P500 ESG | 6,370 | 8,248 | -22.8% | 10,023 | -36.4% | 108,355 | 118,224 | -8.3% |
| E-NANO NASDAQ 100 | 45,692 | 0 | - | 0 | - | 45,692 | 0 | - |
| E-NANO RUSSELL 2000 | 5,888 | 0 | - | 0 | - | 5,888 | 0 | - |
| E-NANO S&P 500 | 4,177 | 0 | - | 0 | - | 4,177 | 0 | - |
| Ether/Bitcoin Ratio Futures | 0 | 81 | -100.0% | 0 | 0.0% | 415 | 2,391 | -82.6% |
| Ether Futures | 344,084 | 566,725 | -39.3% | 320,040 | 7.5% | 3,025,152 | 2,834,259 | 6.7% |
| IBOVESPA INDEX | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| Link Futures | 758 | 0 | - | 247 | 206.9% | 5,245 | 0 | - |
| Lumens Futures | 828 | 0 | - | 1,165 | -28.9% | 4,140 | 0 | - |
| Micro ADA Futures | 3,314 | 0 | - | 2,293 | 44.5% | 20,936 | 0 | - |
| Micro AVAX Futures | 7,821 | 0 | - | 1,217 | 542.6% | 16,166 | 0 | - |
| Micro Bitcoin Euro Futures | 4,607 | 4,288 | 7.4% | 3,300 | 39.6% | 27,661 | 27,845 | -0.7% |
| Micro Bitcoin Futures | 1,370,250 | 1,434,824 | -4.5% | 1,117,816 | 22.6% | 11,625,716 | 11,722,030 | -0.8% |
| MICRO E-MINI NASDAQ 100 | 50,048,974 | 28,156,040 | 77.8% | 65,320,113 | -23.4% | 394,698,731 | 271,786,153 | 45.2% |
| MICRO E-MINI RUSSELL 2000 | 1,432,929 | 1,177,103 | 21.7% | 2,495,655 | -42.6% | 19,343,886 | 12,572,955 | 53.9% |
| MICRO E-MINI S&P500 | 19,336,867 | 19,954,308 | -3.1% | 24,844,947 | -22.2% | 223,421,334 | 206,950,349 | 8.0% |
| Micro Ether Euro Futures | 10,702 | 10,812 | -1.0% | 11,640 | -8.1% | 87,475 | 55,503 | 57.6% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOlUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **Equity Index Futures** | | | | | | | | |
| Micro Ether Futures | 787,603 | 5,682,132 | -86.1% | 674,601 | 16.8% | 10,200,730 | 19,373,030 | -47.3% |
| Micro Link Futures | 5,509 | 0 | - | 1,187 | 364.1% | 26,452 | 0 | - |
| Micro Lumens Futures | 4,143 | 0 | - | 5,495 | -24.6% | 34,653 | 0 | - |
| Micro Nasdaq CME Crypto Index F | 497 | 0 | - | 70 | 610.0% | 891 | 0 | - |
| Micro SOL Futures | 52,553 | 100,405 | -47.7% | 29,117 | 80.5% | 412,394 | 258,385 | 59.6% |
| Micro SUI Futures | 10,863 | 0 | - | 1,981 | 448.4% | 18,072 | 0 | - |
| Micro XRP Futures | 52,588 | 90,411 | -41.8% | 24,539 | 114.3% | 347,791 | 250,613 | 38.8% |
| NASDAQ 100 | 47 | 444 | -89.4% | 1,338 | -96.5% | 19,342 | 1,782 | 985.4% |
| NASDAQ BIOTECH SECTOR | 2 | 117 | -98.3% | 4 | -50.0% | 30 | 195 | -84.6% |
| Nasdaq CME Crypto Index Futures | 18 | 0 | - | 1 | 1,700.0% | 109 | 0 | - |
| NIKKEI 225 ($) STOCK | 114,173 | 80,836 | 41.2% | 190,719 | -40.1% | 1,330,846 | 1,106,264 | 20.3% |
| NIKKEI 225 (YEN) STOCK | 433,637 | 401,350 | 8.0% | 736,155 | -41.1% | 5,286,228 | 4,740,080 | 11.5% |
| PHLX SEMICONDUCTOR SECTO | 4,059 | 1,148 | 253.6% | 5,109 | -20.6% | 32,079 | 12,122 | 164.6% |
| RUSSELL 2000 | 1,694 | 5,852 | -71.1% | 3,262 | -48.1% | 49,796 | 29,197 | 70.6% |
| SOL Futures | 89,016 | 88,974 | 0.0% | 70,002 | 27.2% | 866,124 | 203,600 | 325.4% |
| S&P 500 | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 45 | -100.0% |
| S&P 500 ANNUAL DIVIDEND IND | 76,581 | 75,762 | 1.1% | 80,665 | -5.1% | 849,269 | 739,863 | 14.8% |
| S&P 500 QUARLY DIVIDEND IND | 12,479 | 21,719 | -42.5% | 20,261 | -38.4% | 168,155 | 164,316 | 2.3% |
| S&P 600 SMALLCAP EMINI | 188 | 1,212 | -84.5% | 148 | 27.0% | 6,815 | 13,733 | -50.4% |
| S&P BIOTECHNOLOGY SECTOR | 2,015 | 595 | 238.7% | 3,336 | -39.6% | 28,777 | 8,441 | 240.9% |
| S&P COMMUNICATION SERVICE | 9,706 | 13,028 | -25.5% | 18,349 | -47.1% | 216,149 | 189,759 | 13.9% |
| S&P CONSUMER DISCRETIONAR | 7,792 | 9,979 | -21.9% | 10,803 | -27.9% | 97,072 | 112,713 | -13.9% |
| S&P CONSUMER STAPLES SECT | 28,277 | 53,623 | -47.3% | 41,193 | -31.4% | 419,431 | 355,876 | 17.9% |
| S&P ENERGY SECTOR | 25,010 | 38,476 | -35.0% | 34,884 | -28.3% | 449,456 | 414,762 | 8.4% |
| S&P FINANCIAL SECTOR | 24,224 | 24,150 | 0.3% | 34,659 | -30.1% | 493,211 | 588,316 | -16.2% |
| S&P HEALTH CARE SECTOR | 10,644 | 30,015 | -64.5% | 19,441 | -45.2% | 228,641 | 261,349 | -12.5% |
| S&P INDUSTRIAL SECTOR | 14,002 | 16,594 | -15.6% | 11,226 | 24.7% | 164,537 | 201,232 | -18.2% |
| S&P MATERIALS SECTOR | 16,336 | 10,797 | 51.3% | 20,832 | -21.6% | 173,309 | 201,304 | -13.9% |
| S&P OIL & GAS EXPLORATION A | 72 | 119 | -39.5% | 340 | -78.8% | 6,062 | 3,213 | 88.7% |
| Spot-Quoted Futures | 531,708 | 216,838 | 145.2% | 2,629,340 | -79.8% | 13,450,926 | 224,851 | 5,882.2% |
| SPOT-QUOTED NASDAQ-100 | 33,039 | 677,129 | -95.1% | 95,919 | -65.6% | 2,096,587 | 686,895 | 205.2% |
| SPOT-QUOTED RUSSELL 2000 | 1,442 | 8,579 | -83.2% | 230 | 527.0% | 16,647 | 8,784 | 89.5% |
| SPOT-QUOTED S&P 500 | 1,645 | 30,193 | -94.6% | 3,927 | -58.1% | 108,618 | 33,572 | 223.5% |
| S&P REAL ESTATE SECTOR | 11,934 | 11,816 | 1.0% | 17,547 | -32.0% | 165,283 | 125,041 | 32.2% |
| S&P REGIONAL BANKS SECTOR | 984 | 4,718 | -79.1% | 1,866 | -47.3% | 26,714 | 30,015 | -11.0% |
| S&P RETAIL SECTOR | 974 | 231 | 321.6% | 1,374 | -29.1% | 9,796 | 16,768 | -41.6% |
| S&P TECHNOLOGY SECTOR | 6,380 | 9,533 | -33.1% | 12,701 | -49.8% | 178,196 | 188,487 | -5.5% |
| S&P UTILITIES SECTOR | 28,306 | 30,330 | -6.7% | 28,913 | -2.1% | 334,551 | 381,392 | -12.3% |
| SSF | 160,649 | 0 | - | 10,327 | 1,455.6% | 170,976 | 0 | - |
| SUI Futures | 455 | 0 | - | 251 | 81.3% | 1,106 | 0 | - |
| TOPIX (USD) | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| TOPIX (YEN) | 91 | 0 | 0.0% | 55 | 65.5% | 814 | 0 | 0.0% |
| WATER INDEX FUTURES | 0 | 8 | -100.0% | 0 | 0.0% | 52 | 73 | -28.8% |
| XRP Futures | 43,501 | 48,763 | -10.8% | 37,846 | 14.9% | 381,700 | 86,505 | 341.2% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOlUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **Equity Index Options** | | | | | | | | |
| E-MINI NASDAQ 100 | 2,200,080 | 1,894,712 | 16.1% | 2,689,283 | -18.2% | 18,860,947 | 15,228,559 | 23.9% |
| E-MINI RUSSELL 2000 | 215,768 | 321,126 | -32.8% | 263,946 | -18.3% | 2,792,140 | 2,218,187 | 25.9% |
| E-MINI S&P500 | 21,266,007 | 25,473,269 | -16.5% | 23,876,850 | -10.9% | 213,537,314 | 209,532,957 | 1.9% |
| EVENT CONTRACT NASDAQ 100 | 110,988 | 0 | - | 159,988 | -30.6% | 2,626,616 | 0 | - |
| EVENT CONTRACT RUSSELL 200 | 14,818 | 0 | - | 21,479 | -31.0% | 486,761 | 0 | - |
| EVENT CONTRACT S&P 500 | 725,326 | 1,681 | 43,048.5% | 632,220 | 14.7% | 9,872,612 | 23,277 | 42,313.6% |
| MICRO E-MINI NASDAQ 100 | 115,235 | 102,367 | 12.6% | 110,980 | 3.8% | 752,295 | 968,845 | -22.4% |
| Micro E-mini S&P 500 | 181,889 | 303,223 | -40.0% | 218,674 | -16.8% | 2,006,526 | 2,128,608 | -5.7% |
| MICRO E-MINI S&P 500 | 46,797 | 0 | - | 4,022 | 1,063.5% | 50,819 | 0 | - |
| Options on Bitcoin Friday Futures | 0 | 150 | -100.0% | 195 | -100.0% | 560 | 1,319 | -57.5% |
| Options on Bitcoin Futures | 2,123 | 6,326 | -66.4% | 1,525 | 39.2% | 25,081 | 56,742 | -55.8% |
| Options on Ether Futures | 1,488 | 5,905 | -74.8% | 2,515 | -40.8% | 27,246 | 25,119 | 8.5% |
| Options on Micro Bitcoin Futures | 10,516 | 27,933 | -62.4% | 10,589 | -0.7% | 125,404 | 213,089 | -41.1% |
| Options on Micro Ether Futures | 30,093 | 40,529 | -25.7% | 15,539 | 93.7% | 265,206 | 429,365 | -38.2% |
| Options on Micro SOL Futures | 127 | 0 | - | 203 | -37.4% | 3,047 | 0 | - |
| Options on Micro XRP Futures | 89 | 0 | - | 376 | -76.3% | 5,163 | 0 | - |
| Options on SOL Futures | 11 | 0 | - | 16 | -31.2% | 253 | 0 | - |
| Options on XRP Futures | 7 | 0 | - | 21 | -66.7% | 408 | 0 | - |
| S&P 500 | 127,955 | 39,367 | 225.0% | 155,047 | -17.5% | 1,410,684 | 328,143 | 329.9% |
| S&P ENERGY SECTOR | 0 | 12 | -100.0% | 0 | 0.0% | 490 | 12 | 3,983.3% |
| S&P FINANCIAL SECTOR | 0 | 0 | - | 0 | 0.0% | 0 | 0 | - |
| S&P HEALTH CARE SECTOR | 0 | 3 | -100.0% | 0 | 0.0% | 0 | 3 | -100.0% |
| S&P INDUSTRIAL SECTOR | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% |
| S&P TECHNOLOGY SECTOR | 0 | 2 | -100.0% | 0 | 0.0% | 0 | 2 | -100.0% |
| S&P UTILITIES SECTOR | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOlUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **FX Futures** | | | | | | | | |
| AD/CD CROSS RATES | 0 | 20 | -100.0% | 0 | 0.0% | 2 | 44 | -95.5% |
| AD/JY CROSS RATES | 469 | 381 | 23.1% | 855 | -45.1% | 10,455 | 13,353 | -21.7% |
| AD/NE CROSS RATES | 561 | 127 | 341.7% | 950 | -40.9% | 9,840 | 50,198 | -80.4% |
| AUSTRALIAN DOLLAR | 1,521,689 | 1,346,407 | 13.0% | 1,710,871 | -11.1% | 19,907,344 | 16,663,742 | 19.5% |
| BP/JY CROSS RATES | 400 | 1,390 | -71.2% | 720 | -44.4% | 12,407 | 24,653 | -49.7% |
| BP/SF CROSS RATES | 391 | 565 | -30.8% | 322 | 21.4% | 9,693 | 17,073 | -43.2% |
| BRAZIL REAL | 821,796 | 632,892 | 29.8% | 717,560 | 14.5% | 6,255,018 | 5,790,758 | 8.0% |
| BRITISH POUND | 1,353,731 | 1,350,029 | 0.3% | 1,824,748 | -25.8% | 17,310,652 | 17,309,962 | 0.0% |
| CANADIAN DOLLAR | 1,396,263 | 1,037,944 | 34.5% | 1,423,268 | -1.9% | 13,685,053 | 15,181,488 | -9.9% |
| CD/JY CROSS RATES | 6 | 0 | 0.0% | 7 | -14.3% | 50 | 103 | -51.5% |
| CHINESE RENMINBI (CNH) | 15,527 | 30,096 | -48.4% | 16,052 | -3.3% | 287,066 | 427,668 | -32.9% |
| CZECK KORUNA (EC) | 22 | 12 | 83.3% | 16 | 37.5% | 2,468 | 1,941 | 27.2% |
| CZECK KORUNA (US) | 135 | 40 | 237.5% | 11 | 1,127.3% | 551 | 455 | 21.1% |
| EC/AD CROSS RATES | 1,797 | 1,037 | 73.3% | 798 | 125.2% | 33,342 | 30,947 | 7.7% |
| EC/CD CROSS RATES | 1,635 | 1,373 | 19.1% | 1,968 | -16.9% | 34,275 | 37,148 | -7.7% |
| EC/NOK CROSS RATES | 504 | 249 | 102.4% | 1,090 | -53.8% | 9,120 | 19,755 | -53.8% |
| EC/SEK CROSS RATES | 2,789 | 280 | 896.1% | 1,804 | 54.6% | 17,649 | 32,861 | -46.3% |
| EFX/BP CROSS RATES | 52,536 | 37,625 | 39.6% | 67,178 | -21.8% | 756,637 | 754,199 | 0.3% |
| EFX/JY CROSS RATES | 26,069 | 24,180 | 7.8% | 34,657 | -24.8% | 420,303 | 466,329 | -9.9% |
| EFX/SF CROSS RATES | 5,836 | 16,544 | -64.7% | 9,885 | -41.0% | 188,496 | 277,164 | -32.0% |
| E-MICRO USD/CAD | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| E-MICRO USD/CHF | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| E-MICRO USD/JPY | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| E-MINI EURO FX | 42,079 | 71,127 | -40.8% | 68,554 | -38.6% | 670,943 | 885,508 | -24.2% |
| E-MINI JAPANESE YEN | 8,762 | 7,035 | 24.5% | 11,002 | -20.4% | 74,127 | 135,185 | -45.2% |
| EURO FX | 2,912,410 | 3,151,550 | -7.6% | 3,662,254 | -20.5% | 36,149,765 | 38,622,147 | -6.4% |
| HUNGARIAN FORINT (EC) | 93 | 47 | 97.9% | 155 | -40.0% | 4,467 | 1,737 | 157.2% |
| HUNGARIAN FORINT (US) | 314 | 84 | 273.8% | 164 | 91.5% | 1,888 | 869 | 117.3% |
| INDIAN RUPEE | 9,573 | 26,356 | -63.7% | 18,849 | -49.2% | 194,733 | 398,670 | -51.2% |
| JAPANESE YEN | 3,509,286 | 2,570,118 | 36.5% | 4,044,365 | -13.2% | 30,209,850 | 29,845,398 | 1.2% |
| KOREAN WON | 5,464 | 24,285 | -77.5% | 12,406 | -56.0% | 39,376 | 153,402 | -74.3% |
| MEXICAN PESO | 934,855 | 875,971 | 6.7% | 1,061,338 | -11.9% | 11,523,222 | 9,556,226 | 20.6% |
| MICRO AUD/USD | 70,387 | 122,182 | -42.4% | 101,962 | -31.0% | 1,296,711 | 1,930,188 | -32.8% |
| MICRO CAD/USD | 48,208 | 57,939 | -16.8% | 50,092 | -3.8% | 527,505 | 747,321 | -29.4% |
| MICRO CHF/USD | 12,857 | 18,005 | -28.6% | 13,114 | -2.0% | 179,591 | 168,177 | 6.8% |
| MICRO EUR/USD | 269,121 | 622,700 | -56.8% | 367,319 | -26.7% | 4,100,239 | 6,232,930 | -34.2% |
| MICRO GBP/USD | 38,962 | 82,436 | -52.7% | 69,611 | -44.0% | 716,417 | 817,974 | -12.4% |
| MICRO INR/USD | 168 | 309 | -45.6% | 204 | -17.6% | 2,392 | 2,391 | 0.0% |
| MICRO JPY/USD | 10,408 | 6,457 | 61.2% | 13,940 | -25.3% | 87,078 | 86,718 | 0.4% |
| MICRO USD/CNH | 0 | 0 | 0.0% | 0 | 0.0% | 5 | 21 | -76.2% |
| NEW ZEALND DOLLAR | 669,094 | 565,122 | 18.4% | 714,170 | -6.3% | 6,813,689 | 6,100,264 | 11.7% |
| NKR/USD CROSS RATE | 15,910 | 6,443 | 146.9% | 10,765 | 47.8% | 137,789 | 113,728 | 21.2% |
| OFFSHORE CHINESE RENMINBI | 6,090 | 0 | - | 12,297 | -50.5% | 41,989 | 0 | - |
| POLISH ZLOTY (EC) | 73 | 91 | -19.8% | 99 | -26.3% | 3,952 | 4,170 | -5.2% |
| POLISH ZLOTY (US) | 1,891 | 381 | 396.3% | 1,334 | 41.8% | 10,904 | 9,618 | 13.4% |
| RMB USD | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 7 | -100.0% |
| S.AFRICAN RAND | 74,182 | 73,253 | 1.3% | 91,305 | -18.8% | 1,138,408 | 1,081,774 | 5.2% |
| SF/JY CROSS RATES | 2,650 | 82 | 3,131.7% | 865 | 206.4% | 16,694 | 2,486 | 571.5% |
| SHEKEL | 361 | 48 | 652.1% | 394 | -8.4% | 3,940 | 1,433 | 174.9% |
| SKR/USD CROSS RATES | 15,186 | 8,198 | 85.2% | 9,205 | 65.0% | 106,092 | 107,131 | -1.0% |
| SWISS FRANC | 505,036 | 398,176 | 26.8% | 570,180 | -11.4% | 5,096,894 | 5,026,663 | 1.4% |
| TURKISH LIRA | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 208 | -100.0% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOlUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **FX Options** | | | | | | | | |
| AUD/USD MONDAY OPTION WEE | 2 | 1,158 | -99.8% | 147 | -98.6% | 12,394 | 7,614 | 62.8% |
| AUD/USD MONDAY OPTION WEE | 495 | 298 | 66.1% | 148 | 234.5% | 4,711 | 3,612 | 30.4% |
| AUD/USD MONDAY OPTION WEE | 436 | 65 | 570.8% | 334 | 30.5% | 8,960 | 991 | 804.1% |
| AUD/USD MONDAY OPTION WEE | 1,021 | 122 | 736.9% | 304 | 235.9% | 12,967 | 1,991 | 551.3% |
| AUD/USD MONDAY OPTION WEE | 907 | 0 | 0.0% | 0 | 0.0% | 6,183 | 480 | 1,188.1% |
| AUD/USD MONTHLY OPTIONS | 49,285 | 80,376 | -38.7% | 19,648 | 150.8% | 717,829 | 566,142 | 26.8% |
| AUD/USD THURSDAY WKLY OPT | 246 | 434 | -43.3% | 248 | -0.8% | 2,925 | 2,427 | 20.5% |
| AUD/USD THURSDAY WKLY OPT | 158 | 26 | 507.7% | 984 | -83.9% | 5,651 | 1,283 | 340.5% |
| AUD/USD THURSDAY WKLY OPT | 97 | 103 | -5.8% | 126 | -23.0% | 3,763 | 880 | 327.6% |
| AUD/USD THURSDAY WKLY OPT | 843 | 217 | 288.5% | 593 | 42.2% | 4,771 | 1,163 | 310.2% |
| AUD/USD THURSDAY WKLY OPT | 0 | 0 | 0.0% | 301 | -100.0% | 1,978 | 142 | 1,293.0% |
| AUD/USD TUESDAY WKLY OPT | 879 | 382 | 130.1% | 75 | 1,072.0% | 5,452 | 1,041 | 423.7% |
| AUD/USD TUESDAY WKLY OPT | 785 | 46 | 1,606.5% | 712 | 10.3% | 12,833 | 987 | 1,200.2% |
| AUD/USD TUESDAY WKLY OPT | 33 | 206 | -84.0% | 62 | -46.8% | 3,988 | 4,448 | -10.3% |
| AUD/USD TUESDAY WKLY OPT | 321 | 261 | 23.0% | 257 | 24.9% | 11,897 | 1,932 | 515.8% |
| AUD/USD TUESDAY WKLY OPT | 0 | 0 | 0.0% | 0 | 0.0% | 3,672 | 1,008 | 264.3% |
| AUD/USD WKLY FRIDAY OPTION | 0 | 149 | -100.0% | 0 | 0.0% | 4,871 | 6,332 | -23.1% |
| AUD/USD WKLY FRIDAY OPTION | 1,584 | 521 | 204.0% | 1,326 | 19.5% | 21,750 | 20,654 | 5.3% |
| AUD/USD WKLY FRIDAY OPTION | 799 | 1,239 | -35.5% | 1,390 | -42.5% | 16,425 | 32,605 | -49.6% |
| AUD/USD WKLY FRIDAY OPTION | 1,733 | 1,567 | 10.6% | 1,822 | -4.9% | 37,384 | 20,328 | 83.9% |
| AUD/USD WKLY FRIDAY OPTION | 0 | 1,311 | -100.0% | 992 | -100.0% | 4,707 | 6,023 | -21.8% |
| AUD/USD WKLY WED OPTIONS - | 907 | 1,225 | -26.0% | 2,784 | -67.4% | 19,626 | 9,070 | 116.4% |
| AUD/USD WKLY WED OPTIONS - | 764 | 646 | 18.3% | 772 | -1.0% | 12,164 | 11,220 | 8.4% |
| AUD/USD WKLY WED OPTIONS - | 876 | 985 | -11.1% | 395 | 121.8% | 9,485 | 12,049 | -21.3% |
| AUD/USD WKLY WED OPTIONS - | 598 | 861 | -30.5% | 1,332 | -55.1% | 16,246 | 11,591 | 40.2% |
| AUD/USD WKLY WED OPTIONS - | 0 | 0 | 0.0% | 632 | -100.0% | 2,182 | 3,324 | -34.4% |
| BRL/USD MONTHLY OPTIONS | 0 | 12,010 | -100.0% | 8,000 | -100.0% | 72,000 | 12,050 | 497.5% |
| CAD/USD MONDAY OPTIONS WE | 14 | 426 | -96.7% | 456 | -96.9% | 5,011 | 15,259 | -67.2% |
| CAD/USD MONDAY OPTIONS WE | 324 | 129 | 151.2% | 238 | 36.1% | 3,365 | 4,187 | -19.6% |
| CAD/USD MONDAY OPTIONS WE | 735 | 2,036 | -63.9% | 866 | -15.1% | 5,109 | 5,710 | -10.5% |
| CAD/USD MONDAY OPTIONS WE | 711 | 1,934 | -63.2% | 270 | 163.3% | 4,956 | 6,946 | -28.6% |
| CAD/USD MONDAY OPTIONS WE | 429 | 82 | 423.2% | 0 | 0.0% | 2,525 | 1,451 | 74.0% |
| CAD/USD MONTHLY OPTIONS | 24,554 | 31,590 | -22.3% | 21,114 | 16.3% | 292,753 | 607,573 | -51.8% |
| CAD/USD THURSDAY WKLY OPT | 514 | 700 | -26.6% | 50 | 928.0% | 3,683 | 12,672 | -70.9% |
| CAD/USD THURSDAY WKLY OPT | 1,132 | 562 | 101.4% | 201 | 463.2% | 6,692 | 3,432 | 95.0% |
| CAD/USD THURSDAY WKLY OPT | 680 | 223 | 204.9% | 11 | 6,081.8% | 3,246 | 1,030 | 215.1% |
| CAD/USD THURSDAY WKLY OPT | 1,351 | 290 | 365.9% | 197 | 585.8% | 3,821 | 6,475 | -41.0% |
| CAD/USD THURSDAY WKLY OPT | 0 | 0 | 0.0% | 145 | -100.0% | 1,376 | 4,263 | -67.7% |
| CAD/USD TUESDAY WKLY OPT | 1,052 | 197 | 434.0% | 533 | 97.4% | 4,520 | 5,466 | -17.3% |
| CAD/USD TUESDAY WKLY OPT | 750 | 1,703 | -56.0% | 450 | 66.7% | 2,672 | 3,930 | -32.0% |
| CAD/USD TUESDAY WKLY OPT | 144 | 2 | 7,100.0% | 220 | -34.5% | 3,840 | 6,878 | -44.2% |
| CAD/USD TUESDAY WKLY OPT | 756 | 217 | 248.4% | 1,037 | -27.1% | 4,916 | 5,590 | -12.1% |
| CAD/USD TUESDAY WKLY OPT | 0 | 0 | 0.0% | 0 | 0.0% | 418 | 862 | -51.5% |
| CAD/USD WKLY FRIDAY OPTION | 4 | 9 | -55.6% | 0 | 0.0% | 2,556 | 11,025 | -76.8% |
| CAD/USD WKLY FRIDAY OPTION | 3,884 | 3,795 | 2.3% | 2,291 | 69.5% | 18,784 | 32,647 | -42.5% |
| CAD/USD WKLY FRIDAY OPTION | 962 | 3,113 | -69.1% | 975 | -1.3% | 19,772 | 30,417 | -35.0% |
| CAD/USD WKLY FRIDAY OPTION | 1,807 | 3,235 | -44.1% | 643 | 181.0% | 14,917 | 31,631 | -52.8% |
| CAD/USD WKLY FRIDAY OPTION | 0 | 2,235 | -100.0% | 2,157 | -100.0% | 6,422 | 18,904 | -66.0% |
| CAD/USD WKLY WED OPTIONS - | 1,046 | 1,172 | -10.8% | 511 | 104.7% | 12,280 | 19,288 | -36.3% |
| CAD/USD WKLY WED OPTIONS - | 589 | 2,298 | -74.4% | 1,937 | -69.6% | 15,421 | 15,841 | -2.7% |
| CAD/USD WKLY WED OPTIONS - | 873 | 1,170 | -25.4% | 1,674 | -47.8% | 10,825 | 13,501 | -19.8% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOIUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **FX Options** | | | | | | | | |
| CAD/USD WKLY WED OPTIONS - | 687 | 2,422 | -71.6% | 1,245 | -44.8% | 11,757 | 18,720 | -37.2% |
| CAD/USD WKLY WED OPTIONS - | 0 | 0 | 0.0% | 673 | -100.0% | 3,904 | 6,770 | -42.3% |
| CHF/USD MONTHLY OPTIONS | 11,260 | 14,482 | -22.2% | 31,340 | -64.1% | 140,246 | 102,971 | 36.2% |
| CHF/USD WKLY FRIDAY OPTION | 1 | 108 | -99.1% | 0 | 0.0% | 1,004 | 4,806 | -79.1% |
| CHF/USD WKLY FRIDAY OPTION | 1,266 | 326 | 288.3% | 850 | 48.9% | 5,913 | 5,898 | 0.3% |
| CHF/USD WKLY FRIDAY OPTION | 3,003 | 663 | 352.9% | 802 | 274.4% | 10,217 | 11,881 | -14.0% |
| CHF/USD WKLY FRIDAY OPTION | 2,727 | 269 | 913.8% | 254 | 973.6% | 8,344 | 8,249 | 1.2% |
| CHF/USD WKLY FRIDAY OPTION | 0 | 276 | -100.0% | 669 | -100.0% | 1,604 | 1,229 | 30.5% |
| CNH/USD MONTHLY OPTIONS | 11,100 | 0 | - | 205 | 5,314.6% | 11,305 | 0 | - |
| CNH/USD WEEKLY FRIDAY OPTI | 66 | 0 | - | 202 | -67.3% | 283 | 0 | - |
| EUR/AUD | 0 | 0 | - | 0 | 0.0% | 4,000 | 0 | - |
| EUR/CHF MONTHLY OPTIONS | 2,720 | 0 | 0.0% | 360 | 655.6% | 8,437 | 0 | 0.0% |
| EUR/GBP MONTHLY OPTIONS | 0 | 0 | 0.0% | 50 | -100.0% | 50 | 10,000 | -99.5% |
| EUR/GBP WKLY FRIDAY OPTION | 0 | 0 | - | 0 | 0.0% | 39 | 0 | - |
| EUR/JPY MONTHLY OPTIONS | 16 | 0 | - | 33 | -51.5% | 73 | 0 | - |
| EUR/JPY WKLY FRIDAY OPTION | 654 | 0 | - | 0 | - | 654 | 0 | - |
| EUR/USD MONDAY OPTION WEE | 2 | 2,680 | -99.9% | 7,444 | -100.0% | 40,368 | 45,895 | -12.0% |
| EUR/USD MONDAY OPTION WEE | 4,323 | 2,081 | 107.7% | 8,889 | -51.4% | 42,216 | 49,038 | -13.9% |
| EUR/USD MONDAY OPTION WEE | 4,038 | 5,080 | -20.5% | 2,660 | 51.8% | 40,860 | 36,817 | 11.0% |
| EUR/USD MONDAY OPTION WEE | 6,929 | 8,029 | -13.7% | 3,302 | 109.8% | 44,012 | 58,411 | -24.7% |
| EUR/USD MONDAY OPTION WEE | 6,289 | 720 | 773.5% | 0 | 0.0% | 34,806 | 16,962 | 105.2% |
| EUR/USD MONTHLY OPTIONS | 303,855 | 278,214 | 9.2% | 342,399 | -11.3% | 2,868,848 | 3,402,867 | -15.7% |
| EUR/USD THURSDAY WKLY OPT | 1,422 | 4,710 | -69.8% | 3,990 | -64.4% | 21,716 | 28,987 | -25.1% |
| EUR/USD THURSDAY WKLY OPT | 1,271 | 2,614 | -51.4% | 3,147 | -59.6% | 30,697 | 26,086 | 17.7% |
| EUR/USD THURSDAY WKLY OPT | 2,292 | 4,538 | -49.5% | 3,129 | -26.7% | 17,606 | 25,164 | -30.0% |
| EUR/USD THURSDAY WKLY OPT | 1,557 | 6,181 | -74.8% | 3,665 | -57.5% | 33,948 | 42,711 | -20.5% |
| EUR/USD THURSDAY WKLY OPT | 0 | 0 | 0.0% | 9,458 | -100.0% | 19,841 | 12,678 | 56.5% |
| EUR/USD TUESDAY WKLY OPT | 4,853 | 4,639 | 4.6% | 6,004 | -19.2% | 30,918 | 35,253 | -12.3% |
| EUR/USD TUESDAY WKLY OPT | 2,164 | 2,467 | -12.3% | 2,133 | 1.5% | 25,469 | 21,454 | 18.7% |
| EUR/USD TUESDAY WKLY OPT | 3,038 | 2,531 | 20.0% | 2,498 | 21.6% | 28,475 | 36,484 | -22.0% |
| EUR/USD TUESDAY WKLY OPT | 473 | 3,600 | -86.9% | 1,419 | -66.7% | 28,672 | 23,418 | 22.4% |
| EUR/USD TUESDAY WKLY OPT | 0 | 0 | 0.0% | 0 | 0.0% | 10,173 | 8,962 | 13.5% |
| EUR/USD WKLY FRIDAY OPTION | 41 | 656 | -93.8% | 0 | 0.0% | 19,346 | 44,723 | -56.7% |
| EUR/USD WKLY FRIDAY OPTION | 40,808 | 11,033 | 269.9% | 22,834 | 78.7% | 206,171 | 235,826 | -12.6% |
| EUR/USD WKLY FRIDAY OPTION | 22,899 | 29,030 | -21.1% | 22,491 | 1.8% | 227,845 | 252,264 | -9.7% |
| EUR/USD WKLY FRIDAY OPTION | 30,476 | 39,843 | -23.5% | 16,999 | 79.3% | 217,148 | 246,206 | -11.8% |
| EUR/USD WKLY FRIDAY OPTION | 0 | 24,883 | -100.0% | 23,086 | -100.0% | 80,927 | 82,254 | -1.6% |
| EUR/USD WKLY WED OPTIONS - | 9,277 | 9,273 | 0.0% | 6,346 | 46.2% | 79,763 | 84,126 | -5.2% |
| EUR/USD WKLY WED OPTIONS - | 7,451 | 10,758 | -30.7% | 4,743 | 57.1% | 70,784 | 88,760 | -20.3% |
| EUR/USD WKLY WED OPTIONS - | 11,005 | 6,684 | 64.6% | 6,237 | 76.4% | 74,129 | 71,041 | 4.3% |
| EUR/USD WKLY WED OPTIONS - | 5,226 | 9,695 | -46.1% | 7,000 | -25.3% | 84,101 | 74,841 | 12.4% |
| EUR/USD WKLY WED OPTIONS - | 0 | 0 | 0.0% | 7,454 | -100.0% | 15,756 | 29,773 | -47.1% |
| EVENT CONTRACT EUR/USD | 16,106 | 1,789 | 800.3% | 27,894 | -42.3% | 328,715 | 27,129 | 1,111.7% |
| GBP/USD MONDAY OPTION WEE | 10 | 60 | -83.3% | 828 | -98.8% | 11,737 | 6,622 | 77.2% |
| GBP/USD MONDAY OPTION WEE | 152 | 1,685 | -91.0% | 988 | -84.6% | 10,686 | 8,232 | 29.8% |
| GBP/USD MONDAY OPTION WEE | 213 | 853 | -75.0% | 179 | 19.0% | 13,183 | 7,994 | 64.9% |
| GBP/USD MONDAY OPTION WEE | 390 | 2,287 | -82.9% | 2,453 | -84.1% | 14,610 | 27,194 | -46.3% |
| GBP/USD MONDAY OPTION WEE | 673 | 69 | 875.4% | 0 | 0.0% | 2,573 | 3,259 | -21.0% |
| GBP/USD MONTHLY OPTIONS | 36,793 | 52,273 | -29.6% | 43,889 | -16.2% | 482,128 | 465,911 | 3.5% |
| GBP/USD THURSDAY WKLY OPT | 1,531 | 1,315 | 16.4% | 110 | 1,291.8% | 10,141 | 4,282 | 136.8% |
| GBP/USD THURSDAY WKLY OPT | 9 | 1,537 | -99.4% | 825 | -98.9% | 4,895 | 7,115 | -31.2% |
| GBP/USD THURSDAY WKLY OPT | 173 | 398 | -56.5% | 82 | 111.0% | 7,234 | 1,001 | 622.7% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOlUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **FX Options** | | | | | | | | |
| GBP/USD THURSDAY WKLY OPT | 421 | 377 | 11.7% | 1,478 | -71.5% | 8,130 | 1,658 | 390.3% |
| GBP/USD THURSDAY WKLY OPT | 0 | 0 | 0.0% | 1,184 | -100.0% | 1,530 | 204 | 650.0% |
| GBP/USD TUESDAY WKLY OPT | 436 | 697 | -37.4% | 631 | -30.9% | 3,880 | 2,385 | 62.7% |
| GBP/USD TUESDAY WKLY OPT | 17 | 91 | -81.3% | 707 | -97.6% | 3,169 | 4,599 | -31.1% |
| GBP/USD TUESDAY WKLY OPT | 398 | 51 | 680.4% | 503 | -20.9% | 6,555 | 2,453 | 167.2% |
| GBP/USD TUESDAY WKLY OPT | 100 | 410 | -75.6% | 449 | -77.7% | 6,245 | 2,876 | 117.1% |
| GBP/USD TUESDAY WKLY OPT | 0 | 0 | 0.0% | 0 | 0.0% | 2,185 | 175 | 1,148.6% |
| GBP/USD WKLY FRIDAY OPTION | 0 | 103 | -100.0% | 0 | 0.0% | 2,008 | 5,605 | -64.2% |
| GBP/USD WKLY FRIDAY OPTION | 2,132 | 549 | 288.3% | 2,246 | -5.1% | 32,248 | 18,715 | 72.3% |
| GBP/USD WKLY FRIDAY OPTION | 1,570 | 3,860 | -59.3% | 2,323 | -32.4% | 31,404 | 41,956 | -25.2% |
| GBP/USD WKLY FRIDAY OPTION | 1,163 | 4,336 | -73.2% | 4,005 | -71.0% | 28,798 | 26,867 | 7.2% |
| GBP/USD WKLY FRIDAY OPTION | 0 | 1,499 | -100.0% | 5,890 | -100.0% | 13,343 | 7,022 | 90.0% |
| GBP/USD WKLY WED OPTIONS - | 894 | 1,349 | -33.7% | 872 | 2.5% | 16,480 | 6,579 | 150.5% |
| GBP/USD WKLY WED OPTIONS - | 4,381 | 264 | 1,559.5% | 403 | 987.1% | 16,767 | 5,748 | 191.7% |
| GBP/USD WKLY WED OPTIONS - | 2,243 | 199 | 1,027.1% | 612 | 266.5% | 14,698 | 7,780 | 88.9% |
| GBP/USD WKLY WED OPTIONS - | 1,339 | 1,383 | -3.2% | 3,601 | -62.8% | 21,924 | 7,816 | 180.5% |
| GBP/USD WKLY WED OPTIONS - | 0 | 0 | 0.0% | 2,831 | -100.0% | 3,947 | 2,921 | 35.1% |
| JPY/USD MONDAY OPTION WEE | 0 | 2,083 | -100.0% | 6,761 | -100.0% | 25,395 | 19,902 | 27.6% |
| JPY/USD MONDAY OPTION WEE | 10,834 | 687 | 1,477.0% | 4,263 | 154.1% | 44,500 | 23,044 | 93.1% |
| JPY/USD MONDAY OPTION WEE | 3,798 | 1,555 | 144.2% | 12,079 | -68.6% | 37,834 | 11,692 | 223.6% |
| JPY/USD MONDAY OPTION WEE | 746 | 1,692 | -55.9% | 894 | -16.6% | 21,743 | 18,093 | 20.2% |
| JPY/USD MONDAY OPTION WEE | 1,356 | 55 | 2,365.5% | 0 | 0.0% | 8,391 | 2,875 | 191.9% |
| JPY/USD MONTHLY OPTIONS | 197,870 | 96,951 | 104.1% | 250,215 | -20.9% | 1,479,288 | 1,224,863 | 20.8% |
| JPY/USD THURSDAY WKLY OPT | 1,222 | 2,016 | -39.4% | 219 | 458.0% | 8,965 | 11,363 | -21.1% |
| JPY/USD THURSDAY WKLY OPT | 450 | 444 | 1.4% | 712 | -36.8% | 11,212 | 5,288 | 112.0% |
| JPY/USD THURSDAY WKLY OPT | 4,446 | 973 | 356.9% | 2,561 | 73.6% | 11,864 | 4,287 | 176.7% |
| JPY/USD THURSDAY WKLY OPT | 984 | 1,805 | -45.5% | 586 | 67.9% | 12,747 | 6,408 | 98.9% |
| JPY/USD THURSDAY WKLY OPT | 0 | 0 | 0.0% | 2,967 | -100.0% | 5,629 | 3,730 | 50.9% |
| JPY/USD TUESDAY WKLY OPT W | 178 | 2,197 | -91.9% | 2,542 | -93.0% | 13,375 | 7,636 | 75.2% |
| JPY/USD TUESDAY WKLY OPT W | 708 | 562 | 26.0% | 278 | 154.7% | 11,335 | 6,338 | 78.8% |
| JPY/USD TUESDAY WKLY OPT W | 673 | 156 | 331.4% | 1,064 | -36.7% | 7,973 | 3,744 | 113.0% |
| JPY/USD TUESDAY WKLY OPT W | 188 | 1,039 | -81.9% | 1,567 | -88.0% | 15,004 | 6,795 | 120.8% |
| JPY/USD TUESDAY WKLY OPT W | 0 | 0 | 0.0% | 0 | 0.0% | 3,034 | 1,732 | 75.2% |
| JPY/USD WKLY FRIDAY OPTION | 40 | 166 | -75.9% | 0 | 0.0% | 9,961 | 37,636 | -73.5% |
| JPY/USD WKLY FRIDAY OPTION | 22,079 | 2,071 | 966.1% | 18,947 | 16.5% | 129,923 | 67,722 | 91.8% |
| JPY/USD WKLY FRIDAY OPTION | 11,297 | 12,945 | -12.7% | 11,323 | -0.2% | 91,796 | 93,416 | -1.7% |
| JPY/USD WKLY FRIDAY OPTION | 11,417 | 7,661 | 49.0% | 25,409 | -55.1% | 106,894 | 94,591 | 13.0% |
| JPY/USD WKLY FRIDAY OPTION | 0 | 5,068 | -100.0% | 23,210 | -100.0% | 47,604 | 20,085 | 137.0% |
| JPY/USD WKLY WED OPTIONS - | 3,246 | 4,215 | -23.0% | 1,805 | 79.8% | 35,747 | 25,316 | 41.2% |
| JPY/USD WKLY WED OPTIONS - | 3,791 | 3,801 | -0.3% | 7,794 | -51.4% | 40,023 | 37,992 | 5.3% |
| JPY/USD WKLY WED OPTIONS - | 3,042 | 3,442 | -11.6% | 3,276 | -7.1% | 27,825 | 28,416 | -2.1% |
| JPY/USD WKLY WED OPTIONS - | 8,271 | 3,432 | 141.0% | 3,310 | 149.9% | 43,938 | 26,218 | 67.6% |
| JPY/USD WKLY WED OPTIONS - | 0 | 0 | 0.0% | 5,042 | -100.0% | 7,761 | 9,240 | -16.0% |
| MXN/USD MONTHLY OPTIONS | 1,001 | 10,940 | -90.9% | 5,020 | -80.1% | 47,632 | 58,774 | -19.0% |
| MXN/USD WKLY FRIDAY OPTION | 0 | 0 | 0.0% | 0 | 0.0% | 2 | 4 | -50.0% |
| MXN/USD WKLY FRIDAY OPTION | 0 | 0 | - | 0 | 0.0% | 1 | 0 | - |
| MXN/USD WKLY FRIDAY OPTION | 0 | 0 | 0.0% | 0 | 0.0% | 2 | 0 | 0.0% |
| MXN/USD WKLY FRIDAY OPTION | 0 | 0 | 0.0% | 0 | 0.0% | 2 | 4 | -50.0% |
| MXN/USD WKLY FRIDAY OPTION | 0 | 0 | 0.0% | 0 | 0.0% | 4 | 0 | 0.0% |
| NZD/USD MONTHLY OPTIONS | 6,583 | 0 | 0.0% | 25,183 | -73.9% | 34,079 | 259 | 13,057.9% |
| NZD/USD WKLY FRIDAY OPTION | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 12 | -100.0% |
| NZD/USD WKLY FRIDAY OPTION | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 2 | -100.0% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOlUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **FX Options** | | | | | | | | |
| USD/CNH MONTHLY OPTIONS | 0 | 22 | -100.0% | 0 | 0.0% | 112 | 25,701 | -99.6% |
| USD/CNH WEEKLY FRIDAY OPTI | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 3 | -100.0% |
| USD/CNH WEEKLY FRIDAY OPTI | 0 | 1 | -100.0% | 0 | 0.0% | 0 | 72 | -100.0% |
| USD/CNH WEEKLY FRIDAY OPTI | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 56 | -100.0% |
| USD/CNH WEEKLY FRIDAY OPTI | 0 | 180 | -100.0% | 0 | 0.0% | 0 | 238 | -100.0% |
| USD/CNH WEEKLY FRIDAY OPTI | 0 | 354 | -100.0% | 0 | 0.0% | 0 | 354 | -100.0% |
| ZAR/USD MONTHLY OPTIONS | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| **Ag Products Futures** | | | | | | | | |
| BLOCK CHEESE | 0 | 10 | -100.0% | 0 | 0.0% | 0 | 1,530 | -100.0% |
| BUTTER CS | 9,539 | 10,618 | -10.2% | 8,217 | 16.1% | 74,748 | 57,312 | 30.4% |
| CASH-SETTLED CHEESE | 26,253 | 18,255 | 43.8% | 29,665 | -11.5% | 217,419 | 142,044 | 53.1% |
| CAT EURO SEASONAL STRIP | 0 | 0 | - | 0 | 0.0% | 0 | 0 | - |
| CAT EURO SEASONAL STRIP | 750 | 1,000 | -25.0% | 0 | 0.0% | 1,250 | 1,750 | -28.6% |
| CATTLE | 1,305,620 | 1,646,331 | -20.7% | 1,542,016 | -15.3% | 11,464,819 | 13,134,786 | -12.7% |
| CAT WEATHER EUROPEAN | 0 | 0 | 0.0% | 1,000 | -100.0% | 2,400 | 4,500 | -46.7% |
| CDD SEASONAL STRIP | 0 | 0 | 0.0% | 0 | 0.0% | 3,600 | 7,600 | -52.6% |
| CDD WEATHER | 750 | 4,950 | -84.8% | 850 | -11.8% | 19,900 | 18,025 | 10.4% |
| CLASS IV MILK | 3,552 | 1,702 | 108.7% | 2,882 | 23.2% | 30,426 | 12,117 | 151.1% |
| DRY WHEY | 657 | 1,127 | -41.7% | 661 | -0.6% | 10,439 | 9,237 | 13.0% |
| FEEDER CATTLE | 536,824 | 747,588 | -28.2% | 606,216 | -11.4% | 3,997,070 | 3,951,839 | 1.1% |
| GOLDMAN SACHS | 1,034 | 1,364 | -24.2% | 1,146 | -9.8% | 9,024 | 10,694 | -15.6% |
| GSCI EXCESS RETURN FUT | 704 | 1,827 | -61.5% | 902 | -22.0% | 152,072 | 152,855 | -0.5% |
| HDD EURO SEASONAL STRIP | 0 | 750 | -100.0% | 0 | 0.0% | 0 | 1,350 | -100.0% |
| HDD SEASONAL STRIP | 1,250 | 0 | 0.0% | 3,500 | -64.3% | 5,200 | 0 | 0.0% |
| HDD WEATHER | 1,300 | 700 | 85.7% | 0 | 0.0% | 6,380 | 9,570 | -33.3% |
| HDD WEATHER EUROPEAN | 0 | 0 | 0.0% | 0 | 0.0% | 5,050 | 1,250 | 304.0% |
| HOGS | 1,122,458 | 1,221,803 | -8.1% | 1,607,568 | -30.2% | 11,233,550 | 11,544,352 | -2.7% |
| HOUSING INDEX | 17 | 25 | -32.0% | 16 | 6.3% | 89 | 198 | -55.1% |
| LUMBER | 35,682 | 28,461 | 25.4% | 21,058 | 69.4% | 202,533 | 195,747 | 3.5% |
| MILK | 43,100 | 39,451 | 9.2% | 45,059 | -4.3% | 348,450 | 306,079 | 13.8% |
| MLK MID OPTIONS | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% |
| NFD MILK | 8,344 | 4,930 | 69.2% | 6,965 | 19.8% | 79,483 | 41,624 | 91.0% |
| OTC SP GSCI ER SWAP | 0 | 0 | 0.0% | 0 | 0.0% | 32,202 | 72,982 | -55.9% |
| PACIFIC RIM DAT SS WTHR | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |
| PORK CUTOUT | 0 | 6 | -100.0% | 0 | 0.0% | 0 | 182 | -100.0% |
| USD CRUDE PALM OIL | 49,935 | 22,518 | 121.8% | 27,470 | 81.8% | 308,285 | 145,119 | 112.4% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOIUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **Ag Products Options** | | | | | | | | |
| BLOCK CHEESE | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 2,562 | -100.0% |
| BUTTER CS | 12,741 | 10,025 | 27.1% | 11,389 | 11.9% | 81,887 | 48,351 | 69.4% |
| CASH-SETTLED CHEESE | 10,753 | 10,520 | 2.2% | 11,986 | -10.3% | 103,027 | 86,226 | 19.5% |
| CAT EURO SEASONAL STRIP | 0 | 0 | 0.0% | 0 | 0.0% | 1,000 | 500 | 100.0% |
| CATTLE | 478,024 | 651,565 | -26.6% | 580,145 | -17.6% | 3,901,675 | 5,349,568 | -27.1% |
| CAT WEATHER EUROPEAN | 0 | 0 | 0.0% | 0 | 0.0% | 1,000 | 3,000 | -66.7% |
| CDD SEASONAL STRIP | 0 | 0 | 0.0% | 0 | 0.0% | 51,250 | 41,000 | 25.0% |
| CDD WEATHER | 400 | 4,000 | -90.0% | 0 | 0.0% | 14,150 | 31,500 | -55.1% |
| CLASS IV MILK | 25,686 | 13,562 | 89.4% | 16,211 | 58.4% | 131,164 | 62,243 | 110.7% |
| DRY WHEY | 504 | 180 | 180.0% | 416 | 21.2% | 5,474 | 4,745 | 15.4% |
| FEEDER CATTLE | 147,194 | 162,713 | -9.5% | 127,002 | 15.9% | 935,837 | 952,210 | -1.7% |
| HDD EURO SEASONAL STRIP | 0 | 500 | -100.0% | 0 | 0.0% | 0 | 500 | -100.0% |
| HDD SEASONAL STRIP | 6,500 | 850 | 664.7% | 2,000 | 225.0% | 22,500 | 850 | 2,547.1% |
| HDD WEATHER | 0 | 0 | 0.0% | 0 | 0.0% | 6,000 | 5,000 | 20.0% |
| HDD WEATHER EUROPEAN | 0 | 500 | -100.0% | 0 | 0.0% | 500 | 2,000 | -75.0% |
| HOGS | 277,909 | 284,973 | -2.5% | 359,205 | -22.6% | 2,580,686 | 2,843,086 | -9.2% |
| LUMBER | 1,594 | 1,219 | 30.8% | 1,167 | 36.6% | 9,014 | 8,051 | 12.0% |
| LV CATL CSO | 0 | 200 | -100.0% | 0 | 0.0% | 0 | 9,292 | -100.0% |
| MILK | 30,360 | 27,744 | 9.4% | 37,684 | -19.4% | 245,014 | 258,374 | -5.2% |
| MLK MID OPTIONS | 0 | 1 | -100.0% | 1 | -100.0% | 9 | 7 | 28.6% |
| NFD MILK | 22,069 | 4,152 | 431.5% | 18,560 | 18.9% | 143,943 | 30,610 | 370.2% |
| PACIFIC RIM DAT SS WTHR | 0 | 0 | 0.0% | 0 | - | 0 | 0 | 0.0% |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.

CME Group

# CME Exchange Volume Report - Monthly

| | VOLUME AUG 2026 | VOLUME AUG 2025 | % CHG | VOIUME JUL 2026 | % CHG | VOLUME Y.T.D 2026 | VOLUME Y.T.D 2025 | % CHG |
|---|---|---|---|---|---|---|---|---|
| **TOTAL FUTURES GROUP** | | | | | | | | |
| Interest Rate Futures | 68,030,524 | 79,584,433 | -14.5% | 79,523,729 | -14.5% | 730,132,557 | 686,959,103 | 6.3% |
| Equity Index Futures | 115,689,376 | 101,070,597 | 14.5% | 147,593,428 | -21.6% | 1,106,172,721 | 945,388,627 | 17.0% |
| FX Futures | 14,365,576 | 13,169,586 | 9.1% | 16,718,703 | -14.1% | 158,099,081 | 159,132,185 | -0.6% |
| Ag Products Futures | 3,147,769 | 3,753,416 | -16.1% | 3,905,191 | -19.4% | 28,204,389 | 29,822,742 | -5.4% |
| **TOTAL FUTURES** | **201,233,245** | **197,578,032** | **1.9%** | **247,741,051** | **-18.8%** | **2,022,608,748** | **1,821,302,657** | **11.1%** |
| **TOTAL OPTIONS GROUP** | | | | | | | | |
| Equity Index Options | 25,049,317 | 28,216,605 | -11.2% | 28,163,468 | -11.1% | 252,849,572 | 231,154,227 | 9.4% |
| Interest Rate Options | 22,955,636 | 34,471,126 | -33.4% | 28,532,345 | -19.5% | 249,615,229 | 234,967,514 | 6.2% |
| FX Options | 973,633 | 893,758 | 8.9% | 1,155,380 | -15.7% | 9,529,927 | 9,445,889 | 0.9% |
| Ag Products Options | 1,013,734 | 1,172,704 | -13.6% | 1,165,766 | -13.0% | 8,234,130 | 9,739,675 | -15.5% |
| **TOTAL OPTIONS** | **49,992,320** | **64,754,193** | **-22.8%** | **59,016,959** | **-15.3%** | **520,228,858** | **485,307,305** | **7.2%** |
| **TOTAL COMBINED** | | | | | | | | |
| Interest Rate | 90,986,160 | 114,055,559 | -20.2% | 108,056,074 | -15.8% | 979,747,786 | 921,926,617 | 6.3% |
| Equity Index | 140,738,693 | 129,287,202 | 8.9% | 175,756,896 | -19.9% | 1,359,022,293 | 1,176,542,854 | 15.5% |
| FX | 15,339,209 | 14,063,344 | 9.1% | 17,874,083 | -14.2% | 167,629,008 | 168,578,074 | -0.6% |
| Ag Products | 4,161,503 | 4,926,120 | -15.5% | 5,070,957 | -17.9% | 36,438,519 | 39,562,417 | -7.9% |
| **GRAND TOTAL** | **251,225,565** | **262,332,225** | **-4.2%** | **306,758,010** | **-18.1%** | **2,542,837,606** | **2,306,609,962** | **10.2%** |

The information herein is taken form source believed to be reliable. However, it is intended for the purposes of information and education only and is not guaranteed by the CME Group as to accuracy, completeness, nor trading results and does not constitute advice or continue a solicitation of the purchase or sale of any futures or options. The Rules and Regulations of the CME Group should be consulted as the authoritative source on all current contract specifications and regulations. The previous year Average Daily Volume (ADV) may slightly differ for CBOT legacy products based on the way CME Group defines the number of trading days. The open interest values are based on preliminary open interest values only.