**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission; COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendants. | Case No. 1:26-cv-02157-CKK |

**DECLARATION OF HENRY DICKMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Henry J. Dickman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Senior Assistant General Counsel in the Office of the General Counsel at the Commodity Futures Trading Commission ("CFTC"). I have prepared this declaration in support of the Defendants' Motion for Summary Judgment.

2. On September 2, 2026, the Secretary of the Commission certified the administrative record. Dkt. No. 31. I received a true and correct copy of the administrative record from the Secretary of the Commission and attached it to the Defendants' Statement of Material Facts as **Exhibit A**.[1]

3. On November 19, 2026, I generated a PDF copy of CME Group's Frequently Asked Questions on Spot-Quoted Futures, which I accessed by navigating to https://www.cmegroup.com/articles/faqs/faq-spot-quoted-futures.html. A true and correct

[1] The copy of the Administrative Record attached to the Statement of Material Fact has been redacted for privileges. At the Court's request, the Defendants can file an unredacted copy of the Administrative Record under seal.

copy of the PDF copy I generated is attached to the Defendants' Statement of Material Facts as **Exhibit B.**

4. On November 19, 2026, I downloaded a copy of Cboe Global Markets' ("Cboe's") fact sheet on continuous futures by navigating to https://cdn.cboe.com/resources/membership/Cboe_Continuous_Futures_Tear_Sheet.pdf. A true and correct copy of the fact sheet I downloaded from Cboe's website is attached to the Defendants' Statement of Material Facts as **Exhibit C**.

5. On April 21, 2025, the CFTC sought feedback from the derivatives marketplace on how DCMs could list perpetual contracts structured as futures. On November 19, 2026, I downloaded a true and correct copy of the CFTC's Request for Comment on the Trading and Clearing of "Perpetual" Style Derivatives from the CFTC's website (https://www.cftc.gov/media/12041/Perpetuals_RFC042125/download) and attached it to the Defendants' Statement of Material Facts as **Exhibit D**.

6. On May 21, 2025, CME responded to the Commission's April 21, 2025, request for comment. On November 19, 2026, I downloaded a true and correct copy of CME's letter from the CFTC's website (https://comments.cftc.gov/Handlers/PdfHandler.ashx?id=35661) and attached it to the Defendants' Statement of Material Facts as **Exhibit E**.

7. On May 21, 2025, Cboe Global Markets, Inc. ("Cboe") responded to the Commission's April 21, 2025, request for comment. On November 19, 2026, I downloaded a true and correct copy of Cboe's letter from the CFTC's website (https://comments.cftc.gov/Handlers/PdfHandler.ashx?id=35653) and attached it to the Defendants' Statement of Material Facts as **Exhibit F**.

8. On October 3, 2026, the CFTC's Division of Market Oversight ("DMO") issued Letter 26-29 on "No Action Positions Regarding Removal of Expiration Dates from Existing Broad-Based Security Index Perpetual-Style Futures Contracts." On November 19, 2026, I downloaded a true and correct copy of DMO's letter from the CFTC's website (https://www.cftc.gov/csl/26-29/download) and attached it to the Defendants' Statement of Material Facts as **Exhibit G**.

9. On July 22, 2011, CME Group, Inc. ("CME") provided comments on the CFTC's proposed rules on the "swap" definition. On November 19, 2026, I downloaded a true and correct copy of CME's letter from the CFTC's website (https://comments.cftc.gov/Handlers/PdfHandler.ashx?id=23288) and attached it to the Defendants' Statement of Material Facts as **Exhibit H**.

10. On November 19, 2026, I created an image of the CME Group webpage "Mark to Market" (https://www.cmegroup.com/education/courses/introduction-to-futures/mark-to-market), part of CME's education course "Introduction to Futures." I then saved this image as a PDF document. A true and correct copy of the PDF document I generated is attached to the Defendants' Statement of Material Facts as **Exhibit I.**

11. On November 10, 2026, my office's paralegal downloaded a copy of CME's "Exchange Volume Report-Monthly" for May 2026 from CME's website. My office's paralegal created a free account on CME's website and downloaded this report from CME's online archive of monthly trading volume reports. A true and correct copy of this report is attached to the Defendants' Statement of Material Facts as **Exhibit J**.

12. On November 10, 2026, my office's paralegal downloaded a copy of CME's "Exchange Volume Report-Monthly" for June 2026 from CME's website. My office's

paralegal created a free account on CME's website and downloaded this report from CME's online archive of monthly trading volume reports. A true and correct copy of this report is attached to the Defendants' Statement of Material Facts as **Exhibit K**.

13. On November 10, 2026, my office's paralegal downloaded a copy of CME's "Exchange Volume Report-Monthly" for July 2026 from CME's website. My office's paralegal created a free account on CME's website and downloaded this report from CME's online archive of monthly trading volume reports. A true and correct copy of this report is attached to the Defendants' Statement of Material Facts as **Exhibit L**.

14. On November 10, 2026, my office's paralegal downloaded a copy of CME's "Exchange Volume Report-Monthly" for August 2026 from CME's website. My office's paralegal created a free account on CME's website and downloaded this report from CME's online archive of monthly trading volume reports. A true and correct copy of this report is attached to the Defendants' Statement of Material Facts as **Exhibit M**.

15. On November 10, 2026, my office's paralegal downloaded a copy of CME's "Exchange Volume Report-Monthly" for September 2026 from CME's website. My office's paralegal created a free account on CME's website and downloaded this report from CME's online archive of monthly trading volume reports. A true and correct copy of this report is attached to the Defendants' Statement of Material Facts as **Exhibit N**.

16. On November 19, 2026, I downloaded a copy of CME Group's Q2 2026 Earnings Introductory Script (for the Q2 Earnings Call held on July 22, 2026) by navigating to https://investor.cmegroup.com/static-files/f03a4407-750b-4ce3-a3db-02d59b60b8a6. A true and correct copy of the script I downloaded from CME's website is attached to the Defendants' Statement of Material Facts as **Exhibit O**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on this 20th day of November 2026.

*/s/ Henry J. Dickman*
Henry J. Dickman
Senior Assistant General Counsel
Commodity Futures Trading Commission