**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission; COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendants. | Case No. 1:26-cv-02157 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, as well as the briefing in support of and in opposition to that Motion, the Court concludes that there is no genuine dispute as to any material fact and that Defendants are entitled to judgment as a matter of law. Accordingly, it is hereby ORDERED that Defendants' Motion for Summary Judgment is granted.

____________________________________

HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE