**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. SELIG, in his official capacity as Chairman of the Commodity Futures Trading Commission; COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendants. | Case No. 1:26-cv-02157 |

**DEFENDANTS' RESPONSE TO "PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" (DKT. NO. 52)**

Plaintiff filed a "Motion to Supplement the Administrative Record" (Dkt. No. 52) and represented that Defendants do not oppose the motion. But in conferring with Defendants, Plaintiff never stated that it would be supplementing the administrative record; rather, it stated that it would "move to include extra-record evidence with our MSJ." Defendants naturally understood this as a request to "admit extra-record evidence," not a request to "add[] to" or "complete the administrative record." *Ctr. for Biological Diversity v. U.S. Army Corps of Eng'rs*, 2020 WL 5642287, at *8 (D.D.C. Sept. 22, 2020) (Moss, J.) (distinguishing between these two motions); *see* CME Mot. for Summ. J. (Dkt. No. 51-1) at 43–45 (asking the Court to "consider extra-record evidence"). On that understanding, the Government does not oppose Plaintiff's motion; indeed, the Government has submitted similar extra-record evidence in support of its own motion for summary judgment with Plaintiff's consent. *E.g.*, Dkt. No. 53-7. But the materials Plaintiff seeks to admit are not <u>part of</u> the administrative record, since they were not "before the agency at the time the decision was made." *Ctr. for Biological Diversity*, 2020 WL 5642287, at *8.

Since Plaintiff filed its motion, Defendants have conferred further with Plaintiff and understand that their motion is designed solely to admit extra-record evidence rather than to expand the administrative record. Defendants request that the Court consider this evidence according to that shared understanding.

Dated: November 25, 2026

Respectfully Submitted,

*/s/ Henry J. Dickman*

Henry J. Dickman (DC Bar No. 1724459)

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 418-5607
hdickman@cftc.gov

*Counsel for Defendants*